**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **SAMUEL PARK,** | ) | FILED: AUG 15, 2008 |
| | ) | 08CV4641 |
| **Plaintiff,** | ) | JUDGE BUCKLO |
| | ) **No.** | MAGISTRATE JUDGE NOLAN |
| **v.** | ) | JFB |
| | ) | |
| **STANDARD INSURANCE COMPANY,** | ) | |
| **SUPERVALU, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION:**

Removing party, defendant, STANDARD INSURANCE COMPANY ("Standard"), by its attorneys, Michael J. Smith and Warren von Schleicher, hereby provides notice of removal pursuant to 28 U.S.C. §1441, *et. seq.*, and respectfully presents this Court the following grounds for removal:

1.      The removing party, Standard, is a defendant in an action captioned *Samuel Park v. Standard Insurance Company, Supervalu, Inc.*, No. 2008 MR 001106, pending in the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois.  The plaintiff, Samuel Park ("Park" or "plaintiff"), commenced this action on July 11, 2008 by filing a Verified Complaint in Chancery  ("Complaint") in the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois.

2.      On July 18, 2008, Standard was served with a Summons and Complaint (attached hereto as Exhibits A and B, respectively) in connection with the aforementioned action; these documents/pleadings constitute all of the process, pleadings and orders served on Standard. There have been no further proceedings in connection with this case in the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois.

3.      By reason of the date of service of the aforesaid pleadings, Standard, as the first defendant served in this matter, is required to file its Notice of Removal on or before August 18, 2008.  Because Notice of Removal has been filed on or before August 18, 2008, Standard's Notice of Removal is timely filed pursuant to 28 U.S.C. §1441 and §1446.

4.      This civil action is removable pursuant to 28 U.S.C. § 1331, in that the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001, *et. seq.* (ERISA), governs the aforementioned entitled action and completely preempts all state law claims asserted against Standard in the Complaint.

5.      Plaintiff alleges in the Complaint that he is the beneficiary of a life insurance policy in the amount of $500,000.00 that was offered to the plaintiff's sister, Monica S. Park, now deceased, as a benefit of her employment with Supervalu and as a participant in her employer's ERISA Plan.  The Group Life Insurance Policy to which plaintiff refers in paragraph 7 of his Complaint as policy number 642067 (hereafter, "Group Policy") was issued by Standard to New Albertsons, Inc., as Policyholder, which was acquired by Supervalu (collectively, "Supervalu").  Plaintiff did not attach to his Complaint a copy of Group Policy.  Standard, therefore, attaches the Group Policy as Exhibit C to its Removal Petition.

6.      By reason of the terms and nature of the Group Policy, this case is properly removable from the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division based on federal question jurisdiction pursuant to ERISA and the doctrine of complete preemption:

> (i)      Supervalu as the plaintiff's employer, established and/or maintained the Group Policy as part of its employee welfare benefit plan under ERISA pursuant to 29 U.S.C. §1002(1) and 29 U.S. C. §1002(5);

(ii)    The Group Policy was established and maintained for the purpose of providing, *inter alia*, life insurance benefits to eligible employees of Supervalu;

(iii)    The Group Policy constitutes an employee welfare benefit plan within the meaning of 29 U.S.C. §1002(1);

(iv)    The plaintiff, as the designated beneficiary of Monica Park's coverage under the Group Policy, is a beneficiary as defined by ERISA, in that he is the designated beneficiary of a participant's coverage and he has asserted a colorable claim to recover employee welfare benefits provided under the ERISA Plan established and/or maintained by the employer;

(v)    Pursuant to 29 U.S.C. §1132(e), the district courts of the United States have original jurisdiction over actions brought by participants or beneficiaries to recover benefits or other relief under employee welfare benefit plans.

7.    The above entitled action is a civil action seeking recovery of benefits under an employee welfare benefit plan established and/or maintained pursuant to ERISA, and issued by defendant/removing party, Standard, as the ERISA Plan's insurer and claims administrator.  The plaintiff, as a beneficiary under the Group Policy, claims in the Complaint that, despite numerous requests, Standard has not paid certain monies allegedly due under the Group Policy.

8.    In *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987) and *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987), the United States Supreme Court established that state law claims, such as those asserted in the Complaint by the plaintiff herein, are completely preempted by ERISA.  Section 1132 of ERISA, 29 U.S.C. §1132, and specifically 29 U.S.C. §1132(a)(1)(B), provides the plaintiff herein with exclusive relief and displaces and completely preempts all state law claims in the Complaint.

9.    The plaintiff's claims in the Complaint against Standard are completely preempted and governed by ERISA, pursuant to 29 U.S.C. §1132 and 29 U.S.C. § 1144.  This case properly is removable from the Circuit Court for the Eighteenth Judicial Circuit, DuPage

3

County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division based on federal question jurisdiction.

10.    Defendant, Supervalu, has consented to the removal of this action from the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of the Consent to Removal signed by an authorized representative of Supervalu is attached hereto as Exhibit D.

11.    Because there is federal question jurisdiction in this matter pursuant to 28 U.S.C. §1331 based on ERISA, 29 U.S.C. §1132, and the doctrine of complete preemption, Standard is entitled to removal of this matter from state court to federal court pursuant to 28 U.S.C. §1441.

WHEREFORE, defendant/removing party, STANDARD INSURANCE COMPANY, requests that the above entitled action be removed from the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

By:  /s/ Warren von Schleicher
     Attorney for Defendant/Removing Party,
     Standard Insurance Company

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300

FILED AUG 15, 2008
08CV4641
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN
JFB

# EXHIBIT A
# TO REMOVAL PETITION

SUMMONS - CIRCUIT COURT

3101-I (Rev. 06/08)

| STATE OF ILLINOIS | **·UNITED·STATES OF AMERICA**<br>**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT** | COUNTY OF DU PAGE |
|---|---|---|

**2008MR001106**

Samuel Park
_____
                    PLAINTIFF

vs

CASE NUMBER
_____

Standard Insurance,
SuperValu, Inc.
_____
                    DEFENDANTS

**SUMMONS**
**CIRCUIT COURT**
☒ ORIGINAL  ☐ ALIAS

File Stamp Here

To each Defendant: Floyd F. Chadee, Sr. V.P.& CFO, Standard Insurance Company, 1100 S.W. Sixth A
Portland, OR   97204
You are Summoned and Required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of the Circuit Court, 505 N. County Farm Road, Wheaton, Illinois, within 30 days after service of this summons not counting the day of service.

If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

To the Officer

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than thirty (30) days after its date.

**DATE OF SERVICE**

TO BE INSERTED BY OFFICER ON COPY LEFT WITH DEFENDANT
OR OTHER PERSON

Name: Momkus McCluskey, LLC ☐ PRO SE
DuPage Attorney Number: 20508
Attorney for: Plaintiff
Address: 1001 Warrenville Rd., Ste. 500
City/State/Zip: Lisle, IL   60532
Telephone Number: 630-434-0400

**WITNESS:**

**CHRIS KACHIROUBAS**, Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, Wheaton, Illinois

JUL 1 1 2008

Date

CHRIS KACHIROUBAS Circuit Court Clerk
_____
Deputy Clerk

**NOTE:**
The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee, payable at the time of filing.

CHRIS KACHIROUBAS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60189-0707

# EXHIBIT B
# TO REMOVAL PETITION

IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS – CHANCERY DIVISION

| | |
|---|---|
| SAMUEL PARK, | ) |
| | ) |
| Plaintiff, | ) 2008MR001106 |
| | ) |
| v. | ) Status Date: 11/07/08 |
| | ) Assigned Case No. 2005 |
| STANDARD INSURANCE, | ) |
| SUPERVALU, INC., | ) |
| | ) |
| Defendants. | ) |

**FILED**

Jul 11 2008 – 10:00 AM

*Chris Kachiroubas*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DU PAGE COUNTY ILLINOIS

## VERIFIED COMPLAINT IN CHANCERY

NOW COMES Plaintiff, SAMUEL PARK, by and through his attorneys, MOMKUS McCLUSKEY, LLC, and in support of his Verified Complaint in Chancery against Defendants, STANDARD INSURANCE and SUPERVALU, INC., states as follows:

## STATEMENT OF FACTS

1.     Plaintiff is an individual residing at 2720 Highland Avenue, Apt. 571, Lombard, Illinois.

2.     Upon information and belief, Supervalu, Inc. (hereinafter "Supervalu") is an incorporated business with its headquarters located at 11840 Valley View Road, Eden Prairie, Minnesota. Supervalu owns and operates numerous grocery and pharmacy chain businesses, including Jewel-Osco, which operates in DuPage County.

3.     Upon information and belief, Standard Insurance is headquartered in Portland, Oregon, and provides group and individual insurance policies, including to employees of Jewel-Osco located in DuPage County.

1

4.    Plaintiff's sister, Monica S. Park (hereinafter, Ms. Park), was employed as a pharmacist by Supervalu at its Osco Drug at 3030 Cullerton Drive, Franklin Park, Illinois, from 1998 until her death in 2006.

5.    Initially, Ms. Park elected for $200,000 in Voluntary Term Life Insurance from Standard Insurance, as offered through her employer.

6.    On April 11, 2003, Ms. Park completed an application for an additional $500,000 in Additional Life Insurance from Standard Insurance, as offered through her employer. (*Exhibit "A"*).

7.    In a letter dated July 11, 2003, Standard Insurance notified Ms. Park that her application for Additional Term Life Insurance in the amount of $500,000, policy number 642067, (hereinafter, the "additional policy") had been approved. (*Exhibit "B"*).

8.    On December 17, 2006, Ms. Park passed away.

9.    Ms. Park had named her brother, Plaintiff, as the beneficiary of the additional policy.

10.    Plaintiff has never received any payment under the additional policy from either Defendant since Ms. Park's death.

## COUNT I – DECLARATORY JUDGMENT

11.    Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 10 as if fully set forth herein.

12.    The additional policy was in force and effect from July 11, 2003, the date of the Notice of Approval sent by Standard Insurance to Ms. Park, through December 17, 2006, the date of her death.

WHEREFORE, Plaintiff, SAMUEL PARK, respectfully moves this Honorable Court to enter an Order declaring that the additional policy was in force and effect, covered the death of Ms. Park, and that there exists a duty on the part of DEFENDANTS to pay benefits in the amount of $500,000 under this policy to the beneficiary of Ms. Park, Plaintiff, and for any other and further relief as this Court deems equitable and just.

## COUNT II – BREACH OF CONTRACT

13.    Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 12 as if fully set forth herein.

14.    Plaintiff has repeatedly issued written requests to Defendants, Standard Insurance and Supervalu, seeking payment of Ms. Park's additional policy. (*Exhibit "C"*).

15.    Plaintiff has received no response from Supervalu and has received repeated written denials of a duty to pay from Standard Insurance. (*Exhibit "D"*).

16.    Defendants owed Plaintiff, as the beneficiary of a valid policy in existence at the time of Ms. Park's death, payments in the amount of $500,000 under the additional policy.

17.    Defendants have breached their insurance contract by refusing to pay or by ignoring repeated requests for payment under the additional policy.

WHEREFORE, Plaintiff, SAMUEL PARK, respectfully moves this Honorable Court to enter an Order declaring Defendants, STANDARD INSURANCE and SUPERVALU, INC., in breach of contract and for any other and further relief as this Court deems equitable and just.

## COUNT III – IMPROPER CLAIMS PRACTICE

18.    Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 17 as if fully set forth herein.

3

19.     By its continued failure to distribute benefits owed to Plaintiff under the additional policy despite Plaintiff's repeated written requests, Defendants have acted with vexatious and unreasonable delay.

WHEREFORE, Plaintiff, SAMUEL PARK, respectfully moves this Honorable Court to enter an Order declaring that Defendants, STANDARD INSURANCE and SUPERVALU, INC., engaged in improper claims practice and awarding Plaintiff attorneys fees and costs, pursuant to 215 ILCS 5/155, or for any other and further relief as this Court deems equitable and just.

Respectfully Submitted,

MOMKUS McCLUSKEY, LLC

By: _____
        Lauryn E. Parks

James F. McCluskey
Lauryn E. Parks
MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
Lisle, IL   60532
630-434-0400 - Phone
630-434-0444 - Fax
Attorneys for Samuel Park
Attorney No.: 20508

W:\26_59\4429.080250\Pleadings\Verified Complaint.doc

4

IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS – CHANCERY DIVISION

SAMUEL PARK,                        )
                                    )
            Plaintiff,              )
                                    )
v.                                  )
                                    )        Case No.
STANDARD INSURANCE,                 )
SUPERVALU, INC.,                    )
                                    )
            Defendants.             )

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the foregoing VERIFIED COMPLAINT are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

By: _____
        Samuel Park

5



Standard Insurance Company     **MEDICAL HISTORY STATEMENT**     Medical Underwriting
900 SW Fifth Ave • Portland OR 97204-1282

*DIRECTIONS: This form must be completed when Evidence Of Insurability is required under your plan. To apply for coverage (as a Member, Spouse or Child), read the notice(s) on page 2. Then complete all items, sign, and date below. When finished, send the original to Standard Insurance Company, and keep a copy for your records.*

| POLICY NO., COVERAGE APPLYING FOR AND POLICYOWNER | TYPE OF APPLICATION |
|---|---|
| 640897-A Albertsons | ☒ INITIAL   ☐ INCREASE IN COVERAGE |

| MEMBER'S NAME | BIRTHDATE | DATE HIRED | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| MONICA S. Park | 3/19/71 | 6-1-98 | 324 58 8165 |

CHECK WHO IS APPLYING (ONE PER FORM)   ☒ MEMBER   ☐ SPOUSE   ☐ CHILD

APPLICANT'S NAME (PERSON TO BE INSURED) MONICA

APPLICANT'S ADDRESS (STREET, CITY, STATE, ZIP) 4135 Crestwood Dr. Northbrook IL 60062

| SEX  ☐ M ☒ F | BIRTHDATE 3/19/71 | BIRTHPLACE SEOUL KOREA | SOCIAL SECURITY NUMBER 324588165 | WORK PHONE (847) 965 6138 |
|---|---|---|---|---|
| | | | | HOME PHONE (847) 564 5459 |

| ADDITIONAL LIFE (Voluntary) | DEPENDENT LIFE |
|---|---|
| Current amount inforce:  $ _____ | Amount of coverage requested: |
| Amount of coverage requested:  $ 500,000 | Spouse $ _____   Child $ _____ |

☐ **LONG TERM DISABILITY**

ANNUAL SALARY $ 90,000

**BENEFICIARY DESIGNATION:** If you currently have a beneficiary designation on file with your plan administrator for Life coverage under Standard's Group Policy, that designation will also apply to any approved Additional Life, or other coverage increase. If you have no beneficiary designation on file or wish to change the name of the current designee, contact your plan administrator.

For approved applicants, premiums shall be paid in accordance with the provisions of the Group Policy(ies). Declinations do not affect either Guarantee Issue Amounts not subject to Evidence Of Insurability or other coverages already inforce with Standard Insurance Company. Coverage will be subject to all terms and conditions of the Group Policy(ies) and state limitations.

*Check yes or no for each of these questions, and give details as shown on page 2 for any "yes" answers. Attach a separate sheet if necessary.*

1. Have you had any physical, mental or emotional condition, injury, sickness, or surgery in the past 5 years? .......... ☐ Yes  ☒ No
2. Have you consulted or been attended by a physician or practitioner for any cause in the past 5 years? ........... ☒ Yes  ☐ No
3. Are you now unable to work full time because of any physical, mental or emotional condition, injury, or sickness? ...... ☐ Yes  ☒ No
4. Has a medical professional ever treated you for, diagnosed you as having, or prescribed medication for you for any of the following:
   - A. High blood pressure, cardiovascular disease, heart ailment, arteriosclerosis, or stroke? ...................... ☐ Yes  ☒ No
   - B. Mental condition, depression, epilepsy, or nervous system disorder? ................................... ☐ Yes  ☒ No
   - C. Cancer, diabetes, or nephritis? ......................................................... ☐ Yes  ☒ No
   - D. Arthritis, strained or injured back, slipped disc, or any bone, joint, or muscle disorder? ................... ☒ Yes  ☐ No
   - E. Lung, kidney, stomach, genital, urinary, or intestinal ailment? ..................................... ☐ Yes  ☒ No
   - F. Blindness or deafness? ............................................................... ☐ Yes  ☒ No
   - G. Acquired Immune Deficiency Syndrome (AIDS), AIDS–Related Complex (ARC), or an immune system disorder? ... ☐ Yes  ☒ No
5. Have you sought or received advice or treatment for the use of alcohol or drugs in the past 10 years? .............. ☐ Yes  ☒ No
6. In the past 10 years have you had a persistent cough, unintentional weight loss of 10 pounds or more, persistent fatigue, persistent lymph node enlargement, prolonged night sweats, pneumonia, lesions, or growths? ............. ☐ Yes  ☒ No
7. Do you take medication for any physical, mental or emotional condition, injury, or sickness? ..................... ☐ Yes  ☒ No
8. Do you plan any operation or visit to a doctor or practitioner for an existing physical, mental or emotional condition, injury, or sickness? ............................................................... ☐ Yes  ☒ No
9. Have you ever been declined for insurance or offered a rated or restricted policy, either as a new policy or reinstatement? . ☐ Yes  ☒ No
10. Are you now pregnant? ............................................................... ☐ Yes  ☒ No

| HEIGHT 5'2" | WEIGHT 104 | PHYSICIAN OR MEDICAL FACILITY WITH APPLICANT'S COMPLETE MEDICAL RECORDS  NAME May HaShimi  FULL MAILING ADDRESS 240 Waukegan Glenview IL 60025 |
|---|---|---|

**Acknowledgement and Authorization for Release of Information. (Please read carefully.)** I represent that the statements contained herein, including those made on page 2 and any attachments, are true and complete, to the best of my knowledge and belief, and I understand that they form the basis of any coverage under the Group Policy(ies). I understand that any misstatements or failure to report information which is material to the issuance of coverage may be used as a basis for rescission of my insurance and/or denial of payment of a claim. I agree to notify Standard Insurance Company of any change in my medical condition while my enrollment application is pending. I agree that if my application is approved by Standard, the effective date of any coverage will be determined in accordance with the terms of the Group Policy(ies), including any applicable Active Work requirement. I agree that if my application is declined, Standard's liability is limited to the return of any premium which may have been paid.

I acknowledge that I have read and received the Information Practices Notice (on page 2) and I have kept a copy of this Medical History Statement.

To any physician, health care provider, hospital, insurance or reinsurance company, the Medical Information Bureau, Inc. (MIB), or any employer: I authorize you to release to Standard or its reinsurers all medical information you have about me including medical history, diagnosis, prognosis and treatment of any physical, mental or emotional condition. I understand that Standard will use the information obtained by this authorization to determine my eligibility for group insurance coverage. I further authorize Standard to release this information to its reinsurers, MIB, and to other insurance companies to which I have applied for insurance coverage or benefits.

I understand a copy of this authorization will be provided upon request. This authorization will remain valid one year from the date below. A photocopy of this authorization shall be as valid as the original.

SIGNATURE OF APPLICANT (OR MEMBER FOR DEPENDENT CHILD)     DATED 4/11/03

SI 16-7001-640897-A     1 of 2     (12/02)

*Describe below any "yes" answers which were given for questions on page 1. (Please provide the entire question number.)*

| Question # | Description of Injuries, Disorders and Operations | Month/Year | Duration | Final Result | Physicians Consulted, City & State |
|---|---|---|---|---|---|
| 2 | Acute TREATMENTS i.e. Cold, flue, etc. | | | | |
| 4D | Back Injury At home | 99 | 3mo. | Recovered | Osipovich Northbrook IL |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## INFORMATION PRACTICES NOTICE

To help us determine your eligibility for group insurance, we may request information about you from other persons and organizations. For example, we may request information from your doctor or hospital, other insurance companies, or MIB, Inc. (Medical Information Bureau). We will use the authorization you signed on page 1 when we seek this information.

MIB (MEDICAL INFORMATION BUREAU) – Information we collect about you is confidential. However, Standard Insurance Company or its reinsurers may make a brief report to the MIB. MIB is a nonprofit corporation. It exchanges information among its member life insurance companies. If you later apply to another MIB member company for life or health insurance coverage, or if you submit a claim for benefits to such member company, MIB will supply the member company with any information it has about you in its files. This will be done only upon the member company's request. Standard or its reinsurers may also release information about you to Standard's reinsurers or to other insurance companies to whom you have applied for life or health insurance or made claim for benefits.

MIB will disclose any information it has about you at your request. If you believe that the information MIB has about you is incorrect, you may contact MIB and request a correction. Your request for correction will be handled by MIB in accordance with the procedures outlined in the federal Fair Credit Reporting Act. The address of the MIB information office is: P.O. Box 105, Essex Station, Boston, Massachusetts 02112. MIB's telephone number is (617) 426-3660.

DISCLOSURE TO OTHERS – The information collected about you is confidential. We will not release any information about you without your authorization, except to the extent necessary to conduct our business or as required or permitted by law.

YOUR RIGHTS – You have a right to know what information we have about you in our underwriting file. You also have a right to ask us to correct any information you think is incorrect. We will carefully review your request and make changes when justified. If you would like more information about this right or our information practices please write to us at: Medical Underwriting Department, Standard Insurance Company, 900 SW Fifth Avenue, Portland, Oregon 97204-1282, 1-800-843-7979.

PLEASE RETAIN A COPY FOR YOUR RECORDS.

B



The
**STANDARD**sm
I N S U R A N C E

Employee Benefits Medical Underwriting Department
900 SW Fifth Avenue
Portland, Oregon 97204-1282

July 11, 2003

MONICA S. PARK
4135 CRESTWOOD DR
NORTHBROOK   IL     60062

## NOTICE OF APPROVAL GROUP INSURANCE COVERAGE

RE:     **Group Name:**     Albertson's Employees' Health & Welfare Trust
        **Policy Number:**   642067

We are pleased to inform you that your application for Additional Term Life was approved on 07/10/2003.

The effective date of your coverage is governed by the terms of the Standard Insurance Company group policy.  Premium deductions will begin accordingly.  Please see your Summary Plan Description/Certificate of Insurance for the terms and conditions of this coverage.

If you have questions concerning the amount of coverage in force please contact your employee benefits department.

Sincerely,

Shannon Bolen
Employee Benefits Underwriting
Phone 1 (800) 378-1613



June 7, 2007

Holly Carstens
Sr. Life Benefits Analyst
Standard Insurance Company
PO Box 2800
Portland, Oregon 97208-2800

RE:   Monica S. Park, deceased
      Policy Holder      .      New Albertsons, Inc
      Policy No.    .        642067
      Claim No.              B69113

I am the beneficiary of the Policy and Claim referenced above for Ms.
Monica Park. While I have received some of the benefits provided for by
Ms. Park's Policy, the claim has not been processed accurately.
Specifically, Ms. Park had an Additional Voluntary Term Life Policy
("Additional Policy") that was approved on July 11, 2003.

I have made several verbal inquiries on the status of this Additional Policy
between December 2006 and February 2007. In each instance, Standard
Life Insurance has verbally confirmed that this is a current and active
Policy with a benefit of $500,000. Accordingly, it appears that Standard Life
and I agree that I should receive the benefit I am entitled to under the
Additional Policy.

Thus, I anticipate that the $500,000 benefit for this Additional Policy will be
processed in full. I would appreciate a written response in order to
determine whether legal action is necessary on my part.

The following documentation is attached for your review:
(1) Additional Voluntary Life Term Policy Application dated April 11, 2003;
(2) Approval Letter for Additional Voluntary Term Life Insurance dated July
11, 2003

I look forward to your response.

Sincerely,


Samuel Park

CC: Albertsons

August 30, 2007

Holly Carstens
Sr. Life Benefits Analyst
Standard Insurance Company
PO Box 2800
Portland, Oregon 97208-2800

RE:    Monica S. Park, deceased
         Policy Holder          New Albertsons, Inc
         Policy No.              642067
         Claim No.              B69113

This letter is in response to your correspondence dated August 3, 2007 regarding Monica Park's additional voluntary term life insurance coverage in the amount of $500,000.

The additional voluntary term life insurance policy in question is for an additional $500,000 in coverage. You have referred to the $200,000 coverage as a decrease from $500,000. However, the correspondence you have provided and the approved application do not indicate this as such. The application confirms an approval for an additional $500,000 of term life insurance coverage, not an additional $300,000.

The 2004-2005 benefit confirmation statement that you enclosed does not indicate Monica Park voluntarily decreasing her insurance coverage. In my Jul 13, 2007 correspondence, I enclosed the signed application and approved confirmation letter of said policy. If Monica Park voluntarily cancelled this policy, I request to see similar documentation.

This benefit statement also lists Basic Life Insurance coverage of $285,000. However, the benefit paid out was $51,000. Please provide a 2005-2006 and a 2006-2007 benefit confirmation statement and other applicable documentation to explain this contradiction.

I anticipate that the $500,000 benefit for this policy will be processed in accordingly. I request a written response within the next 30 days, in order to determine whether legal action is necessary on my part.

I look forward to your response.

Sincerely,

Samuel Park
CC: Albertsons

January 9, 2008

Kathy Carrol
Employee Benefits
New Albertsons, Inc
1955 W. North Avenue
Melrose Park, IL 60160

RE:     Monica S. Park, deceased
        Policy Holder        New Albertsons, Inc
        Policy No.           642067
        Claim No.            B69113

I am the beneficiary of the Policy and Claim referenced above for Ms. Monica Park.
While I have received some of the benefits provided for by Ms. Park's Policy, the claim
has not been processed accurately. Specifically, Ms. Park had an Additional Voluntary
Term Life Policy that was approved on July 11, 2003.

During the past year I have corresponded with Standard Insurance several times on the
status of this Additional Policy. They have indicated that while this was an accurate and
valid policy, the premium deductions had been stopped due to a human error, and
therefore they have not paid the benefit. Standard Insurance has suggested I contact New
Albertsons, Inc. directly.

Enclosed is the signed application and approved confirmation letter of said policy, along
with the last correspondence received from Standard Insurance dated November 28,
2007. I request your assistance in reviewing the attached documentation, determining the
reason for the unknown change in Monica's payroll deductions, and reaching the
resolution of payment for this benefit. Please provide a written response, in order to
determine whether legal action is necessary on my part.

I look forward to your response.

Sincerely,

Samuel Park
Attachments





August 3, 2007


SAMUEL PARK
450 J ST #5081
SAN DIEGO CA 92101


Re:    **Monica Park; deceased**
       **Claim No.: B69113**
       **Group Policy: 642067**
       **Policyholder: New Albertsons, Inc.**

Dear Mr. Park:

This letter is in regard to your correspondence dated June 13, 2007 regarding Ms. Park's original election of Plan 2 Life Insurance coverage in the amount of $500,000.

We have inquired with Albertsons' as to why Ms. Park's coverage was reduced to $200,000. According to their records Ms. Park's coverage was decreased during the 2004-2005 Benefit Plan year.  Ms. Park chose to decrease her coverage from $500,000 to $200,000.  We have enclosed a copy of the benefit confirmation statement that she received showing her benefit elections for the 2004-2005 plan year.

Since Ms. Park's coverage was reduced, and she paid premiums only on the $200,000 of Plan 2 Life Insurance, she is only eligible for $200,000 in Plan 2 Life Insurance benefits.  We made payment to you for this benefit on May 9, 2007.

If you have any further questions regarding this matter please do not hesitate to contact us at the number listed below.

Sincerely,

Holly Carstens
Senior Life Benefits Analyst
Employee Benefits
800-628-8600 ext. 3523


*900 SW Fifth Avenue*
*Portland OR 97204-1235*
*tel 888.937.4783*

Standard Insurance Company - A subsidiary of StanCorp Financial Group, Inc.



**B e c a u s e   w i t h   B e n e f i t s ,   o n e   s i z e   D o e s n ' t   f i t   a l l**

### 2004-2005 Plan Year Benefit Summary

|||||||||| ||| ||| |||||| ||| |||||||  ALB4ACE
4Q8L 0444

MONICA S PARK
4135 CRESTWOOD DR
NORTHBROOK, IL  60062

This confirmation statement lists the 2004-2005 elections that were effective June 1, 2004. Please retain this statement for future reference and to confirm your payroll deductions.

## Medical/Dental Participants

| Name | Relationship | DOB |
|------|--------------|-----|
| MONICA S PARK | Self | 03/19/1971 |
| JACK BALDWIN | Son | 12/07/2000 |
| GABRIELLA BALDWIN | Daughter | 06/04/2002 |

| Benefit Plan | Plan Election | Coverage | Weekly Cost |
|---|---|---|---|
| Medical | B001 - BCBS Point of Service (POS) | Employee + Children | $33.13 |
| Dental | 12 - DeltaPreferred USA | Employee + Children | $4.20 |
| Basic Life Insurance | Company Provided | $285,000 | Company Paid |
| Voluntary Term Life - Associate ** | Elected | $200,000 | $2.30 |
| Voluntary Term Life - Spouse ** | No Coverage Elected | -- | $0.00 |
| Voluntary Term Life - Children | No Coverage Elected | -- | $0.00 |
| Basic AD&D | Company Provided | $95,000 | Company Paid |
| Voluntary AD&D | No Coverage Elected | -- | $0.00 |
| Voluntary AD&D Spouse | No Coverage Elected | -- | $0.00 |
| Salary Continuation | Company Provided | Employee | Company Paid |
| Long Term Disability | Elected | Employee | $13.68 |
| Health Care FSA | Not Contributing | -- | $0.00 |
| Dependent Care FSA | Not Contributing | -- | $0.00 |
| Weekly Cost | | | $53.31 |

** If amount indicated on this form is less than amount requested, the increase is subject to Evidence of Insurability (EOI).

If you are a POS enrollee, a new HMO enrollee (with exception of Kaiser, John Deere and IHC who do not require PCP selection) or a new Aetna DMO enrollee, be sure to verify that the PCP/PCD information on your new ID card(s) is correct. Call your elected plan provider if you need to make PCP/PCD changes. If you are a PPO enrollee, be sure to coordinate all care through providers participating in the plan's network to receive the highest level of coverage.

If any of this information is incorrect or the deductions on your pay stub in the second week of June do not agree with amounts stated above, contact the Albertsons Benefits Department immediately at 1-800-423-2232.

E/I98-06-01/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/MONICA PARK/4135 CRESTWOOD DR  NORTHBROOK IL 60062}



November 28, 2007


SAMUEL PARK
2720 S HIGHLAND AVE APT 571
LOMBARD IL 60148


Re:     **Monica S. Park; deceased**
        **Claim No.: B69113**
        **Group Policy: 642067**
        **Policyholder: New Albertsons, LLC**


Dear Mr. Park:

This letter is a response to your correspondence received by Standard Insurance Company on October 19, 2007.

We would again, like to explain our payout of Monica Park's Life Insurance Benefits through her employment with Albertsons. Mrs. Park was working as a full-time employee for Albertsons up until May 28, 2006. On this date her status changed to part-time employee. Part-time Pharmacists from Albertsons are provided a Life Insurance benefit equal to one times their annual earnings. As you are aware, as a part-time employee Mrs. Park's hourly rate was $48.80 per hour. The contract provides that the benefit is calculated as follows:

$48.80 per hour x 1040 hours per year = $50,752, rounded to the next highest multiple of $1,000 = $51,000.

This is the amount of coverage we made payment on for Mrs. Park's Basic Life Insurance. Prior to May 28, 2006 Mrs. Park was a full-time employee. Full-time pharmacists are provided a Life Insurance benefit equal to 3 times their annual earnings. However, because Mrs. Park was a part-time employee at the time of her death she is not eligible for benefits as a full-time employee.

With regard to Mrs. Park's Additional Life Insurance, we have been unable to obtain any further benefit statements which show Mrs. Park's voluntary decrease from $500,000 to $200,000. As a self-administered policyholder, Albertsons keeps all of their own records with regard to insurance amounts for their employees. Therefore, we would recommend that you contact Albertsons directly to get additional benefit enrollment information showing Monica Park's decrease in Additional Life Insurance coverage. However, as you are aware, Mrs. Park was not paying premiums on $500,000 at the time of her death.

900 SW Fifth Avenue
Portland, OR 97204-1093
tel 888.937.4783

*Re: Monica Park; deceased*
*Claim No.: B69113*
*11/28/2007*
*Page 2*

If you have any further questions, or if we can be of additional assistance please do not hesitate to contact us at the number listed below.

Sincerely,

*Holly Carstens*
Holly Carstens
Senior Life Benefits Analyst
Employee Benefits
800-628-8600 ext. 3523

FILED: AUG 15, 2008
08CV4641
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN
JFB

# EXHIBIT C
# TO REMOVAL PETITION

# GROUP POLICY AMENDMENT NO. 11

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyholder.

Effective June 1, 2003, item e. of the Evidence Of Insurability requirements in the Becoming Insured portion
of the **Coverage Features** which reads:

> e.  For any Plan 1 Life Insurance Benefit in excess of the
>     Guarantee Issue Amount of $500,000.

is deleted.

STANDARD INSURANCE COMPANY

By

_signature_

President

_signature_

Secretary

(9/19/07)

STND1282-00001

## GROUP POLICY AMENDMENT NO. 10

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyholder.

Effective January 1, 2007, B. Naming A Beneficiary in the section entitled **Benefit Payment And Beneficiary Provisions** is amended to read as follows:

B.  Naming A Beneficiary

Beneficiary means a person you name to receive death benefits.  You may name one or more Beneficiaries.

If you name two or more Beneficiaries in a class:

1.  Two or more surviving Beneficiaries will share equally, unless you provide for unequal shares.

2.  If you provide for unequal shares in a class, and two or more Beneficiaries in that class survive, we will pay each surviving Beneficiary his or her designated share.  Unless you provide otherwise, we will then pay the share(s) otherwise due to any deceased Beneficiary(ies) to the surviving Beneficiaries pro rata based on the relationship that the designated percentage or fractional share of each surviving Beneficiary bears to the total shares of all surviving Beneficiaries.

3.  If only one Beneficiary in a class survives, we will pay the total death benefits to that Beneficiary.

You may name or change Beneficiaries at any time without the consent of a Beneficiary.

Your Beneficiary designations for Plan 1 Life Insurance, Plan 1 AD&D Insurance, Plan 2 Life Insurance and Plan 2 AD&D Insurance death benefits may be different.  If you designate a Beneficiary for only one of the coverages for which you are insured, that Beneficiary designation will apply to all coverages for which a designation may be made under the Group Policy.  If you designate different Beneficiaries for different coverages, benefits under any coverage for which you have not designated a Beneficiary will be paid as provided in D. below (No Surviving Beneficiary).

You must name or change Beneficiary in writing.  Writing includes a form signed by you or a verification from the Policyholder or Employer of an electronic or telephonic designation made by you.

Your designation:

1.  Must be dated;

2.  Must be delivered to the Policyholder or Employer during your lifetime;

3.  Must relate to the insurance provided under the Group Policy; and

4.  Will take effect on the date it is delivered to the Policyholder or Employer.

If we approve it, a designation which meets the requirements of a Prior Plan will be accepted as your Beneficiary designation under the Group Policy.

By: _____     Date: _September 13,      2007_
        Policyholder


### STANDARD INSURANCE COMPANY

By

_____               _____
        President                               Secretary


Group Policy No. 642067-A (7/20/07)                    Page 1 of Amendment No. 10

STND1282-00002

(                                          (

# GROUP POLICY AMENDMENT NO. 9

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyholder.

Effective November 1, 2006, the Group Policy is amended as follows:

1.  The Premium Rates And Renewals portion of the **Coverage Features** is amended to provide the following Premium Due Dates:

    Premium Due Dates:

    | | |
    |---|---|
    | For Dependents Life Insurance amounts which exceed $100,000 or the Member's amount of Plan 2 Life Insurance: | Each January 1, April 1, July 1, and October 1. |
    | For all other insurance: | November 1, 2006 and the first day of each four-week period thereafter. |

2.  The premium rates will be as follows, beginning November 1, 2006 and continuing until changed as provided in the Group Policy:

    | | |
    |---|---|
    | Plan 1 Life Insurance: | $0.12 thirteenthly per $1,000 of Plan 1 Life Insurance |

    Plan 2 Life Insurance for Member and Dependents Life Insurance for Spouse:

    | Age of Insured | Thirteenthly Rate Per Multiple of $1,000 of Plan 2 Life Insurance and Dependents Life Insurance (excluding Dependents Life Insurance amounts which exceed $100,000 or the Member's amount of Plan 2 Life Insurance) |
    |---|---|
    | Under age 25 | $  0.046 |
    | 25 through 29 | 0.055 |
    | 30 through 34 | 0.074 |
    | 35 through 39 | 0.083 |
    | 40 through 44 | 0.120 |
    | 45 through 49 | 0.212 |
    | 50 through 54 | 0.295 |
    | 55 through 59 | 0.526 |
    | 60 through 64 | 0.609 |
    | 65 through 69 | 1.338 |
    | 70 through 74 | 2.031 |
    | 75 through 79 | 2.677 |
    | 80 or over | 5.215 |

    All other Dependents Life Insurance for Spouse:

    | Age of Spouse | Quarterly Rate Per Multiple of $1,000 of Dependents Life Insurance which exceeds $100,000 or the amount of the Member's Plan 2 Life Insurance |
    |---|---|
    | Under age 25 | $  0.15 |
    | 25 through 29 | 0.18 |
    | 30 through 34 | 0.24 |
    | 35 through 39 | 0.27 |

STND1282-00003

| | |
|---|---|
| 40 through 44 | 0.39 |
| 45 through 49 | 0.69 |
| 50 through 54 | 0.96 |
| 55 through 59 | 1.71 |
| 60 through 64 | 1.98 |
| 65 through 69 | 4.35 |
| 70 through 74 | 6.60 |
| 75 through 79 | 8.70 |
| 80 or over | 16.95 |

**Dependents Life Insurance for Children:**

$0.51 thirteenthly per multiple of $5,000 of Dependents Life Insurance, regardless of the number of Children covered (excluding Dependents Life Insurance amounts which exceed the Member's amount of Plan 2 Life Insurance)

**All other Dependents Life Insurance for Children:**

$1.65 quarterly per multiple of $5,000 of Dependents Life Insurance which exceeds amount of Member's Plan 2 Life Insurance, regardless of the number of Children covered

**Plan 1 AD&D Insurance:**

$0.025 thirteenthly per $1,000 of Plan 1 AD&D Insurance

**Plan 2 AD&D Insurance:**

    Member only:

$0.024 thirteenthly per $1,000 of the Member's Plan 2 AD&D Insurance.

    Member and Dependents:

$0.040 thirteenthly per $1,000 of the Member's Plan 2 AD&D Insurance.

    Supplemental Dependents AD&D Insurance for Spouse:

$0.024 thirteenthly per $1,000 of Supplemental Dependents AD&D for Spouse

## STANDARD INSURANCE COMPANY

By

_(signature)_

President

_(signature)_

Secretary

STND1282-00004

# GROUP POLICY AMENDMENT NO. 8

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyholder.

Effective June 2, 2006, the Group Policy is amended as follows:

1. The Policy Cover is amended to provide the following:

   Policyholder:                          New Albertsons, Inc.

2. The General Policy Information portion of the **Coverage Features** is amended to provide the following:

   Policyholder:                          New Albertsons, Inc.

   Employer:                              New Albertsons, Inc.

3. The Group Policy is amended to provide the following for executives whose employment with the Employer terminated as the result of the acquisition on June 2, 2006 of certain stores by SUPERVALU, Inc.:

   a. Items 3. and 4. of G. When Life Insurance Ends in the section entitled **Life Insurance** will not apply.

   b. Insurance under the Group Policy will end on the earliest of (a) the date the last period ends for which the executive made the required premium contribution for insurance, (b) the date insurance under the Group Policy is scheduled to end under the terms of the executive's severance agreement with the Policyholder, (c) the date the Group Policy terminates, ~~and (d) the date the severed executive becomes insured under a group life insurance plan through employment with another employer.~~

   c. All other provisions of the Group Policy apply.

By: _____          Date: _September 13, 2007_
        Policyholder


STANDARD INSURANCE COMPANY
By

_____          _____
        President                                  Secretary

# GROUP POLICY AMENDMENT NO. 7

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyholder.

Effective on the dates shown below, and subject to the **Active Work Provisions**, the Group Policy is amended as follows:

1.  Effective June 1, 2003, the Becoming Insured portion of the **Coverage Features** is amended to provide the following Definition of Member and Class Definition:

Definition of Member:

You are a Member if you are one of the following:

1.  An active employee of the Employer who is eligible for medical benefits under the Albertsons Employees' Health and Welfare Plan; or

2.  A retired employee of the Employer who (a) immediately prior to retirement was employed in a work group for which retiree coverage under the Group Policy currently is made available, as determined by the Employer, and (b) was enrolled in the Albertsons Employees' Health and Welfare Plan on the day before retirement.

You are not a Member if:

1.  You were eligible to participate in the Albertsons Employees' Health and Welfare Plan on May 31, 2003, but did not enroll in the plan and are not currently enrolled in the plan;

2.  You are insured under group policy 642688-A issued by us to the Policyholder; or

3.  You are a full time member of the armed forces of any country (except while you are eligible for continued life insurance coverage under The Uniformed Services Employment and Reemployment Act of 1994).

Class Definition:

Class 1:        Active non-exempt Members

Class 2:        Active exempt Members (other than the Members described in Class 3)

Class 3:        Active executives, exempt employees with Annual Earnings of $75,000 or more, store directors (or the equivalent of a store director), and full-time pharmacists

Class 4:        Retired Members

STND1282-00006

2. Effective June 1, 2004, the Becoming Insured portion of the **Coverage Features** is amended to provide the following Definition of Member:

Definition of Member:

You are a Member if you are one of the following:

1. An active employee of the Employer who is eligible for medical benefits under the company-sponsored Albertsons Employees' Health and Welfare Plan; or

2. A retired employee of the Employer who (a) immediately prior to retirement was employed in a work group for which retiree coverage under the Group Policy currently is made available, as determined by the Employer, and (b) was enrolled in the company-sponsored Albertsons Employees' Health and Welfare Plan on the day before retirement.

You are not a Member if:

1. You were eligible to participate in the Albertsons Employees' Health and Welfare Plan on May 31, 2003, but did not enroll in the plan and are not currently enrolled in the plan;

2. You are insured under group policy 642688-A issued by us to the Policyholder; or

3. You are a full time member of the armed forces of any country (except while you are eligible for continued life insurance coverage under The Uniformed Services Employment and Reemployment Act of 1994).

3. Effective July 6, 2004, the Becoming Insured portion of the **Coverage Features** is amended to provide that Evidence Of Insurability is waived for Plan 1 Life Insurance for the Members listed below:

| | |
|---|---|
| Blake Barnett | Richard Cline |
| Steve Bowater | Kevin Patrick |

4. Effective March 1, 2006, the Becoming Insured portion of the **Coverage Features** is amended to provide the following Definition of Member:

Definition of Member:

You are a Member if you are one of the following:

1. An active employee of the Employer who is eligible for medical benefits under the company-sponsored Albertsons Employees' Health and Welfare Plan; or

2. A retired employee of the Employer who (a) immediately prior to retirement was employed in a work group for which retiree coverage under the Group Policy currently is made available, as determined by the Employer, and (b) was enrolled in the company-sponsored Albertsons Employees' Health and Welfare Plan on the day before retirement.

You are not a Member if:

1. You were eligible to participate in the Albertsons Employees' Health and Welfare Plan on May 31, 2003, but did not enroll in the plan, you are not currently

STND1282-00007

enrolled in the plan, and your benefits are not administered by the Employer through a PeopleSoft platform;

2. You are insured under group policy 642688-A issued by us to the Policyholder; or

3. You are a full time member of the armed forces of any country (except while you are eligible for continued life insurance coverage under The Uniformed Services Employment and Reemployment Act of 1994).

5. Effective November 1, 2006, the Schedule Of Insurance portion of the **Coverage Features** is amended to provide the following schedule of Dependents Life Insurance:

SCHEDULE OF DEPENDENTS LIFE INSURANCE

You may insure your Dependents for Dependents Life Insurance if you are a Class 1, 2 or 3 Member and your Dependents meet the requirements to become insured. You may apply to insure your Spouse or your Children, or both. Members pay the entire cost of Dependents Life Insurance.

Dependents Life Insurance Benefit

Class 1, 2 and 3 Members who were insured under the Prior Plan on May 31, 2003 for a Contributory dependents life insurance benefit of more than $100,000: .

| | |
|---|---|
| Spouse: | Equals the amount of your Contributory dependents life insurance in effect on May 31, 2003 under the Prior Plan or any lesser multiple of $10,000. If you elect to decrease your Dependents Life Insurance Benefit, you may not apply to increase the amount subsequently, unless your Dependents Life Insurance Benefit is less than $100,000, and you wish to become insured for a total Dependents Life Insurance Benefit for your Spouse of $100,000 or less. |
| Children: | You may apply for any multiple of $5,000, up to $20,000. |

All other Class 1, 2 and 3 Members:

| | |
|---|---|
| Spouse: | You may apply for any multiple of $10,000, up to $100,000. |
| Children: | You may apply for any multiple of $5,000, up to $20,000. |
| Class 4 Members: | None |

The Dependents Life Insurance Benefit for the Spouse or Children may no longer exceed 100% of the Member's Plan 2 Life Insurance Benefit, except with respect to amounts of Dependents Life Insurance which were in effect on October 31, 2006 and have remained continuously in effect under the Group Policy.

STND1282-00008

6. Effective March 1, 2006 and continuing until changed as provided in the Group Policy, the annual premium rates for Dependents Life Insurance amounts which exceed $100,000 or the Member's amount of Plan 2 Life Insurance will be as follows:

Dependents Life Insurance for Spouse:

| Age of Spouse | Annual Rate Per Multiple of $1,000 of Dependents Life Insurance which exceeds $100,000 or the amount of the Member's Plan 2 Life Insurance |
|---|---|
| Under age 25 | $ 0.60 |
| 25 through 29 | 0.72 |
| 30 through 34 | 0.96 |
| 35 through 39 | 1.08 |
| 40 through 44 | 1.56 |
| 45 through 49 | 2.76 |
| 50 through 54 | 3.84 |
| 55 through 59 | 6.84 |
| 60 through 64 | 7.92 |
| 65 through 69 | 17.40 |
| 70 through 74 | 26.40 |
| 75 through 79 | 34.80 |
| 80 or over | 67.80 |

Dependents Life Insurance for Children:

$6.60 annually per multiple of $5,000 of Dependents Life Insurance which exceeds amount of Member's Plan 2 Life Insurance, regardless of the number of Children covered

By: _Kathryn L. McIntire_          Date: _11·09·06_
        Policyholder

STANDARD INSURANCE COMPANY

By

_Eric E. Parsons_
President

_Michael T. Winslow_
Secretary

Group Policy No. 642067-A (10/6/06)                    Page 4 of Amendment No. 7

STND1282-00009

# GROUP POLICY AMENDMENT NO. 6

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyowner.

Effective June 1, 2003, the Schedule Of Insurance portion of the **Coverage Features** is amended to provide the following schedule of Dependents Life Insurance:

SCHEDULE OF DEPENDENTS LIFE INSURANCE

You may insure your Dependents for Dependents Life Insurance if you are a Class 1, 2 or 3 Member and your Dependents meet the requirements to become insured. You may apply to insure your Spouse or your Children, or both. Members pay the entire cost of Dependents Life Insurance.

Dependents Life Insurance Benefit

Class 1, 2 and 3 Members who were insured under the Prior Plan on May 31, 2003 for a Contributory dependents life insurance benefit of more than $100,000:

| | |
|---|---|
| Spouse: | Equals the amount of your Contributory dependents life insurance in effect on May 31, 2003 under the Prior Plan or any lesser multiple of $10,000. If you elect to decrease your Dependents Life Insurance Benefit, you may not apply to increase the amount subsequently, unless your Dependents Life Insurance Benefit is less than $100,000, and you wish to become insured for a total Dependents Life Insurance Benefit for your Spouse of $100,000 or less. |
| Children: | You may apply for any multiple of $5,000, up to $20,000. |

All other Class 1, 2 and 3 Members:

| | |
|---|---|
| Spouse: | You may apply for any multiple of $10,000, up to $100,000.* |
| Children: | You may apply for any multiple of $5,000, up to $20,000.** |

*The Dependents Life Insurance Benefit for your Spouse may not exceed 100% of (a) the amount of your Plan 2 Life Insurance, or (b) the amount of Plan 2 Life Insurance for which you would have been insured if your Evidence Of Insurability had not been disapproved by us.

**The Dependents Life Insurance Benefit for your Children may not exceed 100% of (a) the amount of your Plan 2 Life Insurance, or (b) the amount of Plan 2 Life Insurance for which you would have been insured if your Evidence Of Insurability had not been disapproved by us.

| | |
|---|---|
| Class 4 Members: | None |

Group Policy No. 642067-A (12/29/04)                    Page 1 of Amendment No. 6

STND1282-00010

STANDARD INSURANCE COMPANY

By

President                                    Secretary

# GROUP POLICY AMENDMENT NO. 5

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyowner.

Effective November 1, 2004, the Experience Rating Refund Agreements issued in connection with the Group Policy are amended as follows:

1. The introductory portion of the Experience Rating Refund Agreement affecting basic life insurance is amended to read as follows:

   Standard and the Policyowner hereby establish an Experience Rating Refund Agreement and Claims Fluctuation Reserve Account (CFR Account) in connection with employee, retiree, disabled employee basic life insurance under Group Policies 640895-A, 642066-A, 642067-A and 642067-B, in accordance with the following provisions:

2. The definition of Computation Period in the Experience Rating Refund Agreement affecting basic life insurance is amended by the addition of the following:

   d. With respect to basic life insurance under Group Policy 642067-B, the Computation Period is November 1, 2004 through May 31, 2006 and each successive renewal period under Group Policy 642067-B thereafter.

3. The introductory portion of the Experience Rating Refund Agreement affecting additional life insurance and dependents life insurance is amended to read as follows:

   Standard and the Policyowner hereby establish an Experience Rating Refund Agreement and Claims Fluctuation Reserve Account (CFR Account) in connection with employee, retiree, disabled employee additional life insurance and dependents life insurance under Group Policies 640897-A, 642066-A, 642067-A and 642067-B, in accordance with the following provisions:

4. The definition of Computation Period in the Experience Rating Refund Agreement affecting additional life insurance and dependents life insurance is amended by the addition of the following:

   d. With respect to additional life insurance and dependents life insurance under Group Policy 642067-B, the Computation Period is November 1, 2004 through May 31, 2006 and each successive renewal period under Group Policy 642067-B thereafter.

STANDARD INSURANCE COMPANY

By

President                                          Secretary

(11/29/04)

STND1282-00012

# GROUP POLICY AMENDMENT NO. 4

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyowner.

Effective August 1, 2004, the Group Policy is amended as follows:

1.  The section entitled **Portability Of Insurance** is amended to read as follows:

## PORTABILITY OF INSURANCE

A.  Portability Of Insurance

If your insurance under the Group Policy ends because your employment with your Employer
terminates, you may be eligible to buy portable group insurance coverage as shown in the **Coverage
Features** for yourself and your Dependents without submitting Evidence Of Insurability. To be
eligible you must satisfy the following requirements:

1.  On the date your employment terminates, you must be able to perform with reasonable
    continuity the material duties of at least one gainful occupation for which you are reasonably
    fitted by education, training and experience.

    (If you are unable to meet this requirement, see the **Right To Convert** and **Waiver Of
    Premium** provisions for other options that may be available to you under the Group Policy.)

2.  On the date your employment terminates, you are under age 65.

3.  On the date your employment terminates, you must have been continuously insured under the
    Group Policy for at least 12 consecutive months. In computing the 12 consecutive month period,
    we will include time insured under the Prior Plan.

4.  You must apply in writing and pay the first premium directly to us at our Home Office within 60
    days after the date your employment terminates. You must purchase portable group life
    insurance coverage for yourself in order to purchase accidental death and dismemberment
    insurance or dependents life insurance eligible for portability.

This portable group insurance will be provided under a master Group Life Portability Insurance
Policy we have issued to the Standard Insurance Company Group Insurance Trust. If approved, the
certificate you will receive will be governed under the terms of the Group Life Portability Insurance
Policy and will contain provisions that differ from your Employer's coverage under the Group Policy.

B.  Amount Of Portable Insurance

The minimum and maximum amounts that you are eligible to buy under the Group Life Portability
Insurance Policy are shown in the **Coverage Features**. You may buy less than the maximum
amounts in increments of $1,000.

The combined amounts of insurance purchased under this **Portability Of Insurance** provision and
the **Right To Convert** provision cannot exceed the amount in effect under the Group Policy on the
day before your employment terminates.

C.  When Portable Insurance Becomes Effective

Portable group insurance will become effective the day after your employment with your Employer
terminates, if you apply within 60 days after the date your employment terminates.

If death occurs within 60 days after the date insurance ends under the Group Policy, life insurance
benefits, if any, will be paid according to the terms of the Group Policy in effect on the date your
employment terminates and not the terms of the Group Life Portability Insurance Policy. AD&D

Group Policy No. 642067-A (10/14/04)

STND1282-00013

benefits, if any, will be paid according to the terms of the Group Policy or the Group Life Portability Insurance Policy, but not both. In no event will the benefits paid exceed the amount in effect under the Group Policy on the day before your employment terminates.

2. Item 1. of B. Definitions For Right To Convert in the section entitled **Right To Convert** is amended to read as follows:

B. Definitions For Right To Convert

    1. Conversion Period means the 60-day period after the date of any Qualifying Event.

## STANDARD INSURANCE COMPANY

### By

_(signature)_

President

_(signature)_

Secretary

## GROUP POLICY AMENDMENT NO. 3

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyholder.

Effective June 1, 2004, the Group Policy is amended as follows:

1. The Becoming Insured portion of the **Coverage Features** is amended to provide the following Definition of Member:

Definition of Member:  You are a Member if you are one of the following:

1. An active employee of the Employer who is eligible to enroll for medical benefits under the company-sponsored Albertsons Employees' Health and Welfare Plan; or

2. A retired employee of the Employer who (a) immediately prior to retirement was employed in a work group for which retiree coverage under the Group Policy currently is made available, as determined by the Employer, and (b) was enrolled in the company-sponsored Albertsons Employees' Health and Welfare Plan on the day before retirement.

You are not a Member if you are:

1. Insured under group policy 642688-A issued by us to the Policyholder; or

2. A full time member of the armed forces of any country.

2. G. When Life Insurance Ends in the section entitled **Life Insurance** is amended to read as follows:

G. When Life Insurance Ends

Life Insurance ends automatically on the earliest of:

1. With respect to Contributory insurance, the date the last period ends for which you made the required premium contribution.

2. The date the Group Policy terminates.

3. The date your employment terminates (unless you are covered as a retired Member).

4. The date you are laid off.

5. The first day of a strike, lockout, or other general work stoppage caused by a labor dispute between your collective bargaining unit and your Employer.

6. The date you cease to be a Member. However, coverage may be continued (unless it ends under 1 through 5 above) with premium payment while you are eligible for medical benefits under the company-sponsored Albertsons Employees' Health and Welfare Plan.

**Note:**

• When your Plan 1 or Plan 2 Life Insurance ends under the provisions stated above, you may be eligible to convert your coverage to an individual policy, as provided under the **Right To Convert** section.

STND1282-00015

- If your application for Waiver Of Premium is approved by us, Plan 2 Life Insurance will continue without premium payment as provided under the **Waiver Of Premium** section.

3. H. When AD&D Insurance Ends in the section entitled **Accidental Death And Dismemberment Insurance** is amended to read as follows:

H. When AD&D Insurance Ends

AD&D Insurance ends automatically on the earliest of:

1. The date your Plan 1 Life Insurance ends.

2. With respect to Contributory AD&D Insurance, the date the last period ends for which you made the required premium contribution.

3. The date AD&D Insurance terminates under the Group Policy.

4. The date your employment terminates (unless you are covered as a retired Member).

5. The date you are laid off.

6. The first day of a strike, lockout, or other general work stoppage caused by a labor dispute between your collective bargaining unit and your Employer.

7. The date you cease to be a Member. However, coverage may be continued (unless it ends under 1 through 6 above) with premium payment while you are eligible for medical benefits under the company-sponsored Albertsons Employees' Health and Welfare Plan.

A copy of this amendment must be signed by an authorized representative of the Policyholder and returned to Standard Insurance Company.

By _____     Dated _____
             Policyholder

**STANDARD INSURANCE COMPANY**

By

_____                    _____
          President                                                    Secretary

Group Policy No. 642067-A (8/19/04)                              Page 2 of Amendment No. 3

STND1282-00016

## GROUP POLICY AMENDMENT NO. 2

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyowner.

Effective June 1, 2004, the Group Policy is amended as follows:

1.  The premium rates will be as follows, beginning June 1, 2004 and continuing until changed as provided in the Group Policy:

    Plan 1 Life Insurance:                      $0.13 monthly per $1,000 of Plan 1 Life Insurance

    Plan 2 Life Insurance for Member and
    Dependents Life Insurance for Spouse:

| Age of Insured | Monthly Rate Per Multiple of $1,000 of Plan 2 Life Insurance and Dependents Life Insurance |
|---|---|
| Under age 25 | $   0.05 |
| 25 through 29 | 0.06 |
| 30 through 34 | 0.08 |
| 35 through 39 | 0.09 |
| 40 through 44 | 0.13 |
| 45 through 49 | 0.23 |
| 50 through 54 | 0.32 |
| 55 through 59 | 0.57 |
| 60 through 64 | 0.66 |
| 65 through 69 | 1.45 |
| 70 through 74 | 2.20 |
| 75 through 79 | 2.90 |
| 80 or over | 5.65 |

    Dependents Life Insurance
    for Children:                               $0.55 monthly per multiple of $5,000 of Dependents Life Insurance, regardless of the number of Children covered

    Plan 1 AD&D Insurance:                      $0.027 monthly per $1,000 of Plan 1 AD&D Insurance

    Plan 2 AD&D Insurance:

      Member only:                              $0.026 monthly per $1,000 of the Member's Plan 2 AD&D Insurance.

      Member and Dependents:                    $0.044 monthly per $1,000 of the Member's Plan 2 AD&D Insurance.

      Supplemental Dependents
      AD&D Insurance for Spouse:                $0.026 monthly per $1,000 of Supplemental Dependents AD&D for Spouse

2.  Unless premium rates are changed as provided under C. Changes In Premium Rates in the section entitled **Policyowner Provisions**, the premium rates shown in item 1. above will not change from June 1, 2004 through May 31, 2006.

STND1282-00017

3. Unless premium rates are changed as provided under C. Changes In Premium Rates in the section entitled **Policyowner Provisions**, the following rate guarantees will apply:

    a. The premium rate for Plan 1 Life Insurance (basic) shown in item 1. above will not change from June 1, 2006 through May 31, 2007, if on May 31, 2005 the amount determined from the following formula is positive:

    A - B, where:

    A = 90% of Earned Premium for Plan 1 Life Insurance since the Group Policy Effective Date.

    B = The sum of:

        i)   Paid Claims for Plan 1 Life Insurance since the Group Policy Effective Date.

        ii)   Claim Reserves for Plan 1 Life Insurance on May 31, 2005.

        iii)   Conversion Charges for Plan 1 Life Insurance since the Group Policy Effective Date.

    However, if B in the formula above exceeds 90% but is less than 100% of Earned Premium since the Group Policy Effective Date, the premium rate for Plan 1 Life Insurance will be increased to $0.14 monthly per $1,000 of Plan 1 Life Insurance, beginning June 1, 2006 and continuing until changed as provided in the Group Policy.

    If B in the formula above equals or exceeds 100% of Earned Premium since the Group Policy Effective Date, the premium rate for Plan 1 Life Insurance will be increased to $0.15 monthly per $1,000 of Plan 1 Life Insurance, beginning June 1, 2006 and continuing until changed as provided in the Group Policy.

    b. The premium rates for Plan 2 Life Insurance (additional) and Dependents Life Insurance shown in item 1. above will not change from June 1, 2006 through May 31, 2007, if on May 31, 2005 the amount determined from the following formula is positive:

    A - B, where:

    A = 90% of Earned Premium for Plan 2 Life Insurance and Dependents Life Insurance since the Group Policy Effective Date.

    B = The sum of:

        i)   Paid Claims for Plan 2 Life Insurance and Dependents Life Insurance since the Group Policy Effective Date.

        ii)   Claim Reserves for Plan 2 Life Insurance and Dependents Life Insurance on May 31, 2005.

        iii)   Conversion Charges for Plan 2 Life Insurance and Dependents Life Insurance since the Group Policy Effective Date.

    However, if B in the formula above exceeds 90% but is less than 100% of Earned Premium since the Group Policy Effective Date, the premium rate for Plan 2 Life Insurance and Dependents Life Insurance will be increased by 5%, beginning June 1, 2006 and continuing until changed as provided in the Group Policy.

    If B in the formula above equals or exceeds 100% of Earned Premium since the Group Policy Effective Date, the premium rate for Plan 2 Life Insurance and Dependents Life Insurance will be increased by 8%, beginning June 1, 2006 and continuing until changed as provided in the Group Policy.

    c. The terms used above are defined as follows:

    Earned Premium equals a + b − c, where:

        a   =   Paid premiums

STND1282-00018

b = Increase or decrease in uncollected premium
c = Increase or decrease in advance premium

Paid Claims equals a + b, where:

a = Claims paid
b = legal fees, expenses, settlements and judgments paid in connection with lawsuits relating to claims

Claims Reserves equals reserves for a + b + c + d, where:

a = IBNR: claims incurred but not reported
b = Claims approved under the Waiver Of Premium provision
c = Outstanding claims: claims or portions of claims which have been reported but have not been paid
d = Pending claims under the Waiver Of Premium provision

Conversion Charges means the amount charged for converting Life Insurance and Dependents Life Insurance to an individual life insurance policy under the Right To Convert provision.

A copy of this amendment must be signed by an authorized representative of the Policyowner and returned to Standard Insurance Company.

By _____     Dated 7|9|04 _____
            Policyowner

STANDARD INSURANCE COMPANY

By

_____
President

_____
Secretary

STND1282-00019

# EXPERIENCE RATING REFUND AGREEMENT

A part of

Group Policy 642067-A issued to

Albertsons Employees' Health and Welfare Trust as Policyowner.

Standard and the Policyowner hereby establish an Experience Rating Refund Agreement and Claims Fluctuation Reserve Account (CFR Account) in connection with employee, retiree, disabled employee additional life insurance and dependents life insurance under Group Policies 640897-A, 642066-A and 642067-A, in accordance with the following provisions:

## CALCULATING THE EXPERIENCE RATING REFUND

The Experience Rating Refund is A – B + C; where:

A = Earned Premium for all Computation Periods, minus the sum of:

Paid Claims for all Computation Periods
Claims Reserves at the end of the current Computation Period
Conversion Charges for all Computation Periods
Retention for all Computation Periods

B = The Experience Rating Refunds, if any, which have been paid for any Computation Period.

C = The amount of any withdrawals by Standard from a CFR Account, if any.

## DEPOSITS AND WITHDRAWALS

If the calculation results in a positive amount, Standard will deposit all or a portion of the Experience Rating Refund in the CFR Account. Any amount not so deposited will be paid to the Policyowner.

If the calculation results in a negative amount, Standard will make a withdrawal from the CFR Account and apply it as additional premium for the Computation Period.

Withdrawals from the CFR Account are limited as follows:

a.   The amount withdrawn by Standard to serve as additional premium for a Computation Period shall not exceed the lesser of the following amounts:

(1)   The negative amount resulting from the Experience Rating Refund calculation; or

(2)   The amount in the CFR Account at the end of the Computation Period.

b.   Effective as of the first day of the calendar month next following 30 days written notice to Standard and a subsequent Experience Rating Refund calculation, the Policyowner may withdraw any part of the amount on deposit in excess of one-half the total annual premium for Plan 2 Life Insurance and Dependents Life Insurance for the contract year ending on the preceding anniversary of the Group Policy Effective Date for Group Policy 642067-A.

STND1282-00020

## TERMINATION OF GROUP POLICY

An Experience Rating Refund calculation will be performed after Group Policy 642067-A terminates, and again 12 months following termination of the Group Policy.

If either Experience Rating Refund calculation results in a negative amount, Standard will make a withdrawal from the CFR Account and apply it as additional premium for the Computation Period.

If the Experience Rating Refund calculation initially performed after the Group Policy terminates results in a positive amount, Standard will deposit all or a portion of the Experience Rating Refund in the CFR Account.

If the Experience Rating Refund calculation performed 12 months following termination of the Group Policy results in a positive amount, Standard will deposit all or a portion of such amount in the CFR Account.

Any amount remaining on deposit in the CFR Account following the final Experience Rating Refund calculation will be paid to the Policyowner.

If any premium due under the Group Policy remains unpaid at the termination of the Group Policy, a portion of the amount in the CFR Account sufficient to pay such premium will be applied automatically to pay such premium. Any amount thereafter tendered to pay such premium shall be credited to the amount on deposit in the CFR Account.

## DEFINITIONS

Earned Premium equals a + b – c, where:

| | | |
|---|---|---|
| a | = | Paid premiums |
| b | = | Increase or decrease in uncollected premium |
| c | = | Increase or decrease in advance premium |

Paid Claims equals a + b, where:

| | | |
|---|---|---|
| a | = | Claims paid |
| b | = | legal fees, expenses, settlements and judgments paid in connection with lawsuits relating to claims |

Claims Reserves equals reserves for a + b + c + d, where:

| | | |
|---|---|---|
| a | = | IBNR: claims incurred but not reported |
| b | = | Claims approved under the Waiver Of Premium provision |
| c | = | Outstanding claims: claims or portions of claims which have been reported but have not been paid |
| d | = | Pending claims under the Waiver Of Premium provision |

Conversion Charges means the amount charged for converting additional life insurance and dependents life insurance to an individual life insurance policy under the Right To Convert provision.

STND1282-00021

Retention equals a + b + c + d, where:

a = Commissions paid

b = Premium tax incurred

c = Expenses and charges as determined according to the formulae adopted by Standard and any other variable expenses incurred and applied to the Group Policies.

d = Risk and contingency charges as determined according to the formulae adopted by Standard

Computation Period means the periods shown in a., b. and c. below. If the renewal date is changed by amendment, the Computation Period will be adjusted accordingly. A Computation Period automatically ends on the date Group Policy 642067-A terminates. The final Computation Period is the 12 month period following termination of Group Policy 642067-A.

a.     With respect to additional life insurance and dependents life insurance under Group Policy 640897-A, the Computation Period is September 1, 2000 through May 31, 2006 and each successive renewal period under Group Policy 642067-A thereafter.

b.     With respect to additional life insurance and dependents life insurance under Group Policy 642066-A, the Computation Period is June 1, 2002 through May 31, 2006 and each successive renewal period under Group Policy 642067-A thereafter.

c.     With respect to additional life insurance and dependents life insurance under Group Policy 642067-A, the Computation Period is June 1, 2003 through May 31, 2006 and each successive renewal period under Group Policy 642067-A thereafter.

## CONDITIONS

1.     An Experience Rating Refund calculation will be performed at the end of each Computation Period.

2.     Any change in the claims reserves formula and the Conversion Charge formula will bear a direct relationship to Standard's actual claims experience or to published insurance industry claim experience.

3.     If, for any Computation Period, the Experience Rating Refund is zero or a negative figure, no Experience Rating Refund will be paid for that Computation Period.

4.     Payment of the Experience Rating Refund (if applicable) will be made by Standard on or before the later of the following dates:

a.     60 days after the end of the Computation Period.

b.     The date upon which all outstanding premium due has been received by Standard.

5.     Funds held on deposit in the CFR Account shall constitute a part of Standard's general corporate funds to be so used and invested by Standard.

6.     The amount on deposit in the CFR Account shall earn interest at a rate equal to the current One Year Treasury Bill interest rate, as stated in the Wall Street Journal, plus one hundred and fifty basis points (1.5%). Each deposit will begin to bear interest on the date it is deposited, and interest will be added to and become a part of the amount on deposit at such time as may be determined by Standard but not less than once each year.

STND1282-00022

7.    Except as provided in 8. below:

    a.    Standard shall make deposits to, and withdrawals from, the CFR Account only in accordance with the provisions of this Agreement; and

    b.    The Policyowner may make withdrawals from the CFR Account only in accordance with the provisions of this Agreement.

8.    Either the Policyowner or Standard may at any time make a deposit, or withdraw all or any part of the amount on deposit, upon mutual agreement evidenced in writing and signed by the Policyowner and Standard.

9.    Except as provided in this Agreement, all terms of the Group Policies apply.

10.   Standard will provide the Policyowner detailed information concerning the component formulae of the Experience Rating Refund upon written request.

This Agreement is effective June 1, 2004.

By _____    Dated __8|3|04__
                 Policyowner

### STANDARD INSURANCE COMPANY

By

_____    _____
President                                    Secretary

STND1282-00023

# GROUP POLICY AMENDMENT NO. 2

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyowner.

Effective June 1, 2004, the Group Policy is amended as follows:

1.  The premium rates will be as follows, beginning June 1, 2004 and continuing until changed as provided in the Group Policy:

Plan 1 Life Insurance:                          $0.13 monthly per $1,000 of Plan 1 Life Insurance

Plan 2 Life Insurance for Member and
Dependents Life Insurance for Spouse:

| Age of Insured | Monthly Rate Per Multiple of $1,000 of Plan 2 Life Insurance and Dependents Life Insurance |
|---|---|
| Under age 25 | $  0.05 |
| 25 through 29 | 0.06 |
| 30 through 34 | 0.08 |
| 35 through 39 | 0.09 |
| 40 through 44 | 0.13 |
| 45 through 49 | 0.23 |
| 50 through 54 | 0.32 |
| 55 through 59 | 0.57 |
| 60 through 64 | 0.66 |
| 65 through 69 | 1.45 |
| 70 through 74 | 2.20 |
| 75 through 79 | 2.90 |
| 80 or over | 5.65 |

Dependents Life Insurance
for Children:                                   $0.55 monthly per multiple of $5,000 of Dependents Life Insurance, regardless of the number of Children covered

Plan 1 AD&D Insurance:                          $0.027 monthly per $1,000 of Plan 1 AD&D Insurance

Plan 2 AD&D Insurance:

    Member only:                                $0.026 monthly per $1,000 of the Member's Plan 2 AD&D Insurance.

    Member and Dependents:                      $0.044 monthly per $1,000 of the Member's Plan 2 AD&D Insurance.

    Supplemental Dependents
    AD&D Insurance for Spouse:                   $0.026 monthly per $1,000 of Supplemental Dependents AD&D for Spouse

2.  Unless premium rates are changed as provided under C. Changes In Premium Rates in the section entitled **Policyowner Provisions**, the premium rates shown in item 1. above will not change from June 1, 2004 through May 31, 2006.

Group Policy No. 642067-A (6/24/04)                                    Page 1 of Amendment No. 2

3.  Unless premium rates are changed as provided under C. Changes In Premium Rates in the section entitled **Policyowner Provisions**, the following rate guarantees will apply:

   a.  The premium rate for Plan 1 Life Insurance (basic) shown in item 1. above will not change from June 1, 2006 through May 31, 2007, if on May 31, 2005 the amount determined from the following formula is positive:

   A - B, where:

   A = 90% of Earned Premium for Plan 1 Life Insurance since the Group Policy Effective Date.

   B = The sum of:

   i)  Paid Claims for Plan 1 Life Insurance since the Group Policy Effective Date.

   ii)  Claim Reserves for Plan 1 Life Insurance on May 31, 2005.

   iii)  Conversion Charges for Plan 1 Life Insurance since the Group Policy Effective Date.

   However, if B in the formula above exceeds 90% but is less than 100% of Earned Premium since the Group Policy Effective Date, the premium rate for Plan 1 Life Insurance will be increased to $0.14 monthly per $1,000 of Plan 1 Life Insurance, beginning June 1, 2006 and continuing until changed as provided in the Group Policy.

   If B in the formula above equals or exceeds 100% of Earned Premium since the Group Policy Effective Date, the premium rate for Plan 1 Life Insurance will be increased to $0.15 monthly per $1,000 of Plan 1 Life Insurance, beginning June 1, 2006 and continuing until changed as provided in the Group Policy.

   b.  The premium rates for Plan 2 Life Insurance (additional) and Dependents Life Insurance shown in item 1. above will not change from June 1, 2006 through May 31, 2007, if on May 31, 2005 the amount determined from the following formula is positive:

   A - B, where:

   A = 90% of Earned Premium for Plan 2 Life Insurance and Dependents Life Insurance since the Group Policy Effective Date.

   B = The sum of:

   i)  Paid Claims for Plan 2 Life Insurance and Dependents Life Insurance since the Group Policy Effective Date.

   ii)  Claim Reserves for Plan 2 Life Insurance and Dependents Life Insurance on May 31, 2005.

   iii)  Conversion Charges for Plan 2 Life Insurance and Dependents Life Insurance since the Group Policy Effective Date.

   However, if B in the formula above exceeds 90% but is less than 100% of Earned Premium since the Group Policy Effective Date, the premium rate for Plan 2 Life Insurance and Dependents Life Insurance will be increased by 5%, beginning June 1, 2006 and continuing until changed as provided in the Group Policy.

   If B in the formula above equals or exceeds 100% of Earned Premium since the Group Policy Effective Date, the premium rate for Plan 2 Life Insurance and Dependents Life Insurance will be increased by 8%, beginning June 1, 2006 and continuing until changed as provided in the Group Policy.

   c.  The terms used above are defined as follows:

   Earned Premium equals a + b − c, where:

   a  =  Paid premiums

STND1282-00025

b   =   Increase or decrease in uncollected premium

c   =   Increase or decrease in advance premium

Paid Claims equals a + b, where:

a   =   Claims paid

b   =   legal fees, expenses, settlements and judgments paid in connection with lawsuits relating to claims

Claims Reserves equals reserves for a + b + c + d, where:

a   =   IBNR: claims incurred but not reported

b   =   Claims approved under the Waiver Of Premium provision

c   =   Outstanding claims: claims or portions of claims which have been reported but have not been paid

d   =   Pending claims under the Waiver Of Premium provision

Conversion Charges means the amount charged for converting Life Insurance and Dependents Life Insurance to an individual life insurance policy under the Right To Convert provision.

A copy of this amendment must be signed by an authorized representative of the Policyowner and returned to Standard Insurance Company.

By _____      Dated 7/9/04

                 Policyowner

### STANDARD INSURANCE COMPANY

By

_____      _____

      President                               Secretary

STND1282-00026

# GROUP POLICY AMENDMENT NO. 1

Attached to and made a part of Group Policy 642067-A issued to
Albertsons Employees' Health and Welfare Trust as Policyowner.

Effective June 1, 2004, the Group Policy is amended as follows:

1. The Becoming Insured portion of the **Coverage Features** is amended to provide the following Definition of Member:

Definition of Member:

You are a Member if you are one of the following:

1. An active employee of the Employer who is eligible to enroll for medical benefits under the Albertsons Employees' Health and Welfare Plan; or

2. A retired employee of the Employer who (a) retired prior to June 1, 2004, (b) immediately prior to retirement was employed in a work group for which retiree coverage was made available under the Policyowner's group life insurance plan, and (c) was enrolled in the Albertsons Employees' Health and Welfare Plan on the day before retirement.

You are not a Member if you are:

1. Insured under group policy 642688-A issued by us to the Policyowner; or

2. A full time member of the armed forces of any country.

2. The paragraph in the Schedule Of Insurance portion of the **Coverage Features** which reads:

You will become insured for Plan 1 Life Insurance if you meet the requirements to become insured under Plan 1. The Employer pays the entire cost of Plan 1 Life Insurance for Class 1, 2 and 3 Members. Class 4 Members pay the entire cost of Plan 1 Life Insurance.

is amended to read as follows:

You will become insured for Plan 1 Life Insurance if you meet the requirements to become insured under Plan 1. The Employer pays the entire cost of Plan 1 Life Insurance for Class 1, 2 and 3 Members. Class 4 Members contribute toward the cost of Plan 1 Life Insurance.

3. The paragraph in the Schedule Of Insurance portion of the **Coverage Features** which reads:

You will become insured for Plan 1 AD&D Insurance if you meet the requirements to become insured under Plan 1. The Employer pays the entire cost of Plan 1 AD&D Insurance for Class 1, 2 and 3 Members. Class 4 Members pay the entire cost of their Plan 1 AD&D Insurance.

is amended to read as follows:

You will become insured for Plan 1 AD&D Insurance if you meet the requirements to become insured under Plan 1. The Employer pays the entire cost of Plan 1 AD&D Insurance for Class 1, 2 and 3 Members. Class 4 Members contribute toward the cost of their Plan 1 AD&D Insurance.

STND1282-00027

A copy of this amendment must be signed by an authorized representative of the Policyowner and returned to Standard Insurance Company.

By _____     Dated _____
          Policyowner                              July 1, 2004

STANDARD INSURANCE COMPANY

By

_____          _____
          President                              Secretary

Group Policy No. 642067-A (7/1/04)          Page 2 of Amendment No. 1

STND1282-00028

# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company
900 SW Fifth Avenue
Portland, Oregon  97204-1282
(503) 321-7000

*People. Not Just Policies.*®

## GROUP LIFE INSURANCE POLICY

| | |
|---|---|
| Policyowner: | Albertsons Employees' Health and Welfare Trust |
| Policy Number: | 642067-A |
| Effective Date: | June 1, 2003 |

The consideration for this Group Policy is the application of the Policyowner and the payment by the Policyowner of premiums as provided herein.

Subject to the **Policyowner Provisions** and the **Incontestability Provisions**, this Group Policy (a) is issued for the Initial Rate Guarantee Period shown in the **Coverage Features**, and (b) may be renewed for successive renewal periods by the payment of the premium set by us on each renewal date. The length of each renewal period will be set by us, but will not be less than 12 months.

For purposes of effective dates and ending dates under this Group Policy, all days begin and end at 12:00 midnight Standard Time at the Policyowner's address.

**This policy includes an Accelerated Benefit.  Death benefits will be reduced if an Accelerated Benefit is paid.  The receipt of this benefit may be taxable and may affect your eligibility for Medicaid or other government benefits or entitlements.  However, if you meet the definition of "terminally ill individual" according to the Internal Revenue Code Section 101, your Accelerated Benefit may be non-taxable.  You should consult your personal tax and/or legal advisor before you apply for an Accelerated Benefit.**

All provisions on this and the following pages are part of this Group Policy. "You" and "your" mean the Member. "We", "us", and "our" mean Standard Insurance Company. Other defined terms appear with their initial letters capitalized. Section headings, and references to them, appear in boldface type.

STANDARD INSURANCE COMPANY

By

President

Secretary

GP190-LIFE/S399

♻ *Printed on recycled paper*

# Table of Contents

COVERAGE FEATURES.................................................................................. 1
    GENERAL POLICY INFORMATION ............................................................ 1
    BECOMING INSURED ................................................................................ 1
    PREMIUM CONTRIBUTIONS ...................................................................... 3
    SCHEDULE OF INSURANCE ...................................................................... 4
    OTHER BENEFITS .................................................................................... 8
    OTHER PROVISIONS ................................................................................ 8
    PREMIUM RATES AND RENEWALS.......................................................... 9
LIFE INSURANCE....................................................................................... 11
    A.  Insuring Clause ................................................................................ 11
    B.  Amount Of Life Insurance .................................................................. 11
    C.  Changes In Life Insurance ................................................................. 11
    D.  Repatriation Benefit........................................................................... 11
    E.  Suicide Exclusion: Life Insurance....................................................... 11
    F.  When Life Insurance Becomes Effective .............................................. 12
    G.  When Life Insurance Ends .................................................................. 12
    H.  Reinstatement Of Life Insurance ........................................................ 13
DEPENDENTS LIFE INSURANCE ................................................................. 13
    A.  Insuring Clause ................................................................................ 13
    B.  Amount Of Dependents Life Insurance ................................................ 13
    C.  Changes In Dependents Life Insurance................................................ 13
    D.  Definitions For Dependents Life Insurance .......................................... 13
    E.  Suicide Exclusion: Dependents Life Insurance..................................... 14
    F.  Becoming Insured For Dependents Life Insurance................................ 14
    G.  When Dependents Life Insurance Ends ............................................... 14
ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE ................................. 15
    A.  Insuring Clause ................................................................................ 15
    B.  Definition Of Loss ............................................................................. 15
    C.  Amount Payable ................................................................................ 16
    D.  Changes In AD&D Insurance .............................................................. 16
    E.  AD&D Insurance Exclusions ............................................................... 16
    F.  Other AD&D Benefits......................................................................... 17
    G.  Becoming Insured For AD&D Insurance............................................... 18
    H.  When AD&D Insurance Ends............................................................... 19
DEPENDENTS ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE............ 19
    A.  Insuring Clause ................................................................................ 19
    B.  Definition Of Loss For Dependents AD&D Insurance.............................. 19
    C.  Definitions For Dependents AD&D Insurance ....................................... 20
    D.  Amount Payable ................................................................................ 20
    E.  Other Dependents AD&D Benefits....................................................... 20
    F.  Dependents AD&D Exclusions............................................................ 21
    G.  When Dependents AD&D Insurance Becomes Effective.......................... 21
    H.  When Dependents AD&D Insurance Ends ............................................. 21
ACTIVE WORK PROVISIONS........................................................................ 22
CONTINUITY OF COVERAGE....................................................................... 22
PORTABILITY OF INSURANCE .................................................................... 22
WAIVER OF PREMIUM ............................................................................... 23
ACCELERATED BENEFIT ............................................................................ 24
RIGHT TO CONVERT.................................................................................. 26

STND1282-00030

CLAIMS.................................................................................................. 27
ASSIGNMENT....................................................................................... 29
BENEFIT PAYMENT AND BENEFICIARY PROVISIONS........................... 30
ALLOCATION OF AUTHORITY................................................................ 32
TIME LIMITS ON LEGAL ACTIONS......................................................... 33
INCONTESTABILITY PROVISIONS.......................................................... 33
CLERICAL ERROR, AGENCY, AND MISSTATEMENT ............................. 33
TERMINATION OR AMENDMENT OF THE GROUP POLICY ..................... 34
DEFINITIONS ....................................................................................... 34
POLICYOWNER PROVISIONS.................................................................. 37

STND1282-00031

# Index of Defined Terms

Accelerated Benefit, 24
Active Work, Actively At Work, 22
AD&D Insurance, 34
Annual Earnings, 34
Automobile, 17, 20

Beneficiary, 31

Child, 35
Class Definition, 2
Comatose Maximum Benefit, 8
Contributory, 36
Conversion Period, 26

Dependent, 13
Dependents AD&D Insurance, 36
Dependents Life Insurance, 36
Disabled, 36
Domestic Partner, 36

Eligibility Waiting Period, 36
Employer, 1
Evidence Of Insurability, 36

Grace Period, 10
Group Policy, 36
Group Policy Effective Date, 1
Group Policy Number, 1
Guarantee Issue Amount (for
    Dependents Life Insurance), 2
Guarantee Issue Amount (for Plan 1), 2
Guarantee Issue Amount (for Plan 2), 2

Initial Rate Guarantee Period, 10
Injury, 36
Insurance (for Accelerated Benefit), 24
Insurance (for Right to Convert), 26

Insurance (for Waiver Of Premium), 23

Life Insurance, 36

Member, 1
Minimum Participation, 10
Minimum Participation Number, 10
Minimum Participation Percentage, 10

Noncontributory, 36
Notice of Rate Change, 10

Physician, 36
Policyowner, 1
Pregnancy, 36
Premium Due Dates, 10
Premium Rates, 9
Prior Plan, 36
Proof Of Loss, 27

Qualifying Event, 26
Qualifying Medical Condition, 24

Recipient, 32
Right To Convert, 26

Seat Belt System, 17, 20
Sickness, 36
Spouse, 36

Totally Disabled, 24

Waiting Period (for Waiver Of Premium),
    24
Waiver Of Premium, 23
War, 16

You, Your (for Right To Convert), 26

STND1282-00032

## COVERAGE FEATURES

This section contains many of the features of your group life insurance. Other provisions, including exclusions and limitations, appear in other sections. Please refer to the text of each section for full details. The Table of Contents and the Index of Defined Terms help locate sections and definitions.

## GENERAL POLICY INFORMATION

| | |
|---|---|
| Group Policy Number: | 642067-A |
| Type of Insurance Provided: | |
| Life Insurance: | Yes |
| Dependents Life Insurance: | Yes |
| Accidental Death And Dismemberment (AD&D) Insurance: | Yes |
| Dependents Accidental Death And Dismemberment (AD&D) Insurance: | Yes |
| Policyowner: | Albertsons Employees' Health and Welfare Trust |
| Employer: | Albertsons, Inc. |
| Group Policy Effective Date: | June 1, 2003 |
| Policy Issued in: | Idaho |

## BECOMING INSURED

To become insured for Life Insurance you must: (a) Be a Member; (b) Complete your Eligibility Waiting Period; and (c) Meet the requirements in **Life Insurance** and **Active Work Provisions**. The Active Work requirement does not apply to Members who are retired on the Group Policy Effective Date. The requirements for becoming insured for coverages other than Life Insurance are set out in the text.

Definition of Member:                          You are a Member if you are one of the following:

1.  An active employee of the Employer who is eligible to enroll for medical benefits under the Albertsons Employees' Health and Welfare Plan; or

2.  A retired employee of the Employer who (a) immediately prior to retirement was employed in a work group for which retiree coverage under the Group Policy currently is made available, as determined by the Employer, and (b) was enrolled in the Albertsons Employees' Health and Welfare Plan on the day before retirement.

You are not a Member if you are:

1.  Insured under group policy 642688-A issued by us to the Policyowner; or

2.  A full time member of the armed forces of any country.

STND1282-00033

Class Definition:

| | |
|---|---|
| Class 1: | Active non-exempt Members |
| Class 2: | Active exempt Members (other than the Members described in Class 3) |
| Class 3: | Active executives, exempt employees with Annual Earnings of $75,000 or more, store directors and full-time pharmacists |
| Class 4: | Retired Members |

Eligibility Waiting Period:

You are eligible on the later of (a) the Group Policy Effective Date, and (b) the date you become a Member.

Evidence of Insurability:

Required in **all** of the following instances:

a. For late application for Contributory Insurance.

b. For reinstatements if required.

c. For a Member who was eligible for Contributory life insurance under the Prior Plan, to become insured for an amount of Plan 2 Life Insurance in excess of the amount of the Member's Contributory life insurance in effect under the Prior Plan.

d. For Dependents who were eligible for insurance on under the Prior Plan, to become insured for amounts of Dependents Life Insurance in excess of the amounts of dependents life insurance in effect under the Prior Plan.

e. For any Plan 1 Life Insurance Benefit in excess of the Guarantee Issue Amount of $500,000.

f. With respect to Class 3 Members, for any Plan 2 Life Insurance Benefit in excess of the Guarantee Issue Amount of $200,000.

g. With respect to Class 1 and Class 2 Members, for any Plan 2 Life Insurance Benefit in excess of the Guarantee Issue Amount of $100,000.

h. For any Dependents Life Insurance Benefit in excess of the Guarantee Issue Amount of $20,000.

i. For any increase in Plan 2 Life Insurance or Dependents Life Insurance due to a change in the amount selected.

Note: The Evidence Of Insurability requirements are waived as follows:

1. You will not be required to submit Evidence Of Insurability to become insured on June 1, 2003 for amounts of insurance equal to or less than the amounts of your insurance in effect on May 31, 2003 under the Prior Plan.

2. If the Schedule Of Insurance does not make available to you a combined Plan 1 and Plan 2 Life Insurance Benefit amount exactly equivalent to the total amount of your life insurance in effect on May 31, 2003 under the Prior Plan, you will not be required to submit Evidence Of

STND1282-00034

Insurability to become insured on June 1, 2003 for the next higher amount of Life Insurance which is available to you under the Schedule Of Insurance.

3.  If the Schedule Of Insurance does not make available to you an amount of Dependents Life Insurance exactly equivalent to the amount of your dependents life insurance in effect on May 31, 2003 under the Prior Plan, your Dependents will not be required to submit Evidence Of Insurability to become insured on June 1, 2003 for the next higher amount of Dependents Life Insurance which is available to you under the Schedule Of Insurance.

4.  If you were **not** insured for voluntary life insurance on May 31, 2003 under the Prior Plan, but you apply for $20,000 of coverage during the May, 2003 open enrollment period, Evidence Of Insurability will not be required to become insured on June 1, 2003 for $20,000 of Plan 2 Life Insurance.

5.  If you were insured for voluntary life insurance on May 31, 2003 under the Prior Plan and you apply for an additional $50,000 of coverage during the May, 2003 open enrollment period, Evidence Of Insurability will not be required to become insured on June 1, 2003 for an additional $50,000 of Plan 2 Life Insurance.

6.  If you were **not** insured for Contributory dependents life insurance on May 31, 2003 under the Prior Plan, but you apply for $20,000 of coverage during the May, 2003 open enrollment period, Evidence Of Insurability will not be required to become insured on June 1, 2003 for $20,000 of Dependents Life Insurance.

7.  If you were insured for Contributory dependents life insurance on May 31, 2003 under the Prior Plan and you apply for an additional $20,000 of coverage during the May, 2003 open enrollment period, Evidence Of Insurability will not be required to become insured on June 1, 2003 for an additional $20,000 of Dependents Life Insurance.

## PREMIUM CONTRIBUTIONS

Plan 1 Life Insurance

| | |
|---|---|
| For Classes 1, 2, and 3: | Noncontributory |
| For Class 4: | Contributory |

Plan 2 Life Insurance:

| | |
|---|---|
| For Classes 1, 2, and 3: | Contributory |
| For Class 4: | Not applicable |

Dependents Life Insurance:

| | |
|---|---|
| For Classes 1, 2, and 3: | Contributory |
| For Class 4: | Not applicable |

Plan 1 AD&D Insurance

| | |
|---|---|
| For Classes 1, 2, and 3: | Noncontributory |
| For Class 4: | Contributory |

Plan 2 AD&D Insurance:

| | |
|---|---|
| For Classes 1, 2, and 3: | Contributory |
| For Class 4: | Not applicable |

STND1282-00035

Dependents AD&D Insurance:

| | |
|---|---|
| For Classes 1, 2, and 3: | Contributory |
| For Class 4: | Not applicable |

## SCHEDULE OF INSURANCE

**SCHEDULE OF LIFE INSURANCE**

You will become insured for Plan 1 Life Insurance if you meet the requirements to become insured under Plan 1. The Employer pays the entire cost of Plan 1 Life Insurance for Class 1, 2 and 3 Members. Class 4 Members pay the entire cost of Plan 1 Life Insurance.

If you are insured under Plan 1 and you are a Class 1, 2 or 3 Member, you may apply for coverage under Plan 2. Members pay the entire cost of Plan 2 Life Insurance.

Plan 1 Life Insurance Benefit (basic):

| | |
|---|---|
| Class 1 Members: | 1 times your Annual Earnings. Your Plan 1 Life Insurance Benefit is rounded to the next higher multiple of $1,000, if not already a multiple of $1,000. |
| Class 2 Members: | 2 times your Annual Earnings. Your Plan 1 Life Insurance Benefit is rounded to the next higher multiple of $1,000, if not already a multiple of $1,000. |
| Class 3 Members: | 3 times your Annual Earnings, subject to a maximum of $2,000,000. Your Plan 1 Life Insurance Benefit is rounded to the next higher multiple of $1,000, if not already a multiple of $1,000. |
| Class 4 Members: | $2,500 |

Plan 2 Life Insurance Benefit (voluntary):

| | |
|---|---|
| Class 1, 2 and 3 Members: | You may apply for any multiple of $10,000, up to $500,000. |
| Class 4 Members: | None |
| The Repatriation Benefit: | The expenses incurred to transport your body to a mortuary near your primary place of residence, but not to exceed $5,000 or 10% of the total Plan 1 and Plan 2 Life Insurance Benefit, whichever is less. |

If you are a Class 1, 2 or 3 Member, the amount of your Plan 1 Life Insurance will be reduced to a percentage of the amount determined above, as follows: to 65% when you become age 65, to 50% when you become age 70, and to 35% when you become age 75. Your benefit will not be rounded after the amount is reduced due to a change in age.

If you are a Class 4 Member, the amount of your Plan 1 Life Insurance will be reduced by 50% when you become age 70.

STND1282-00036

**SCHEDULE OF DEPENDENTS LIFE INSURANCE**

You may insure your Dependents for Dependents Life Insurance if you are a Class 1, 2 or 3 Member and your Dependents meet the requirements to become insured. You may apply to insure your Spouse or your Children, or both. Members pay the entire cost of Dependents Life Insurance.

Dependents Life Insurance Benefit

Class 1, 2 and 3 Members who were insured under the Prior Plan on May 31, 2003 for a Contributory dependents life insurance benefit of more than $100,000:

Spouse:  Equals the amount of your Contributory dependents life insurance in effect on May 31, 2003 under the Prior Plan or any lesser multiple of $10,000. If you elect to decrease your Dependents Life Insurance Benefit, you may not apply to increase the amount subsequently, unless your Dependents Life Insurance Benefit is less than $100,000, and you wish to become insured for a total Dependents Life Insurance Benefit for your Spouse of $100,000 or less.

Children:  You may apply for any multiple of $5,000, up to $20,000.

All other Class 1, 2 and 3 Members:

Spouse:  You may apply for any multiple of $10,000, up to $100,000.

Children:  You may apply for any multiple of $5,000, up to $20,000.

Class 4 Members:  None

The Dependents Life Insurance Benefit for your Spouse may not exceed 100% of (a) the amount of your Plan 2 Life Insurance, or (b) the amount of Plan 2 Life Insurance for which you would have been insured if your Evidence Of Insurability had not been disapproved by us.

The Dependents Life Insurance Benefit for your Children may not exceed 100% of (a) the amount of your Plan 2 Life Insurance, or (b) the amount of Plan 2 Life Insurance for which you would have been insured if your Evidence Of Insurability had not been disapproved by us.

**SCHEDULE OF AD&D INSURANCE**

You will become insured for Plan 1 AD&D Insurance if you meet the requirements to become insured under Plan 1. The Employer pays the entire cost of Plan 1 AD&D Insurance for Class 1, 2 and 3 Members. Class 4 Members pay the entire cost of their Plan 1 AD&D Insurance.

If you are insured under Plan 1 and you are a Class 1, 2 or 3 Member, you may apply for coverage under Plan 2. Members pay the entire cost of their Plan 2 AD&D Insurance.

Plan 1 AD&D Insurance Benefit (basic):

Class 1, 2, and 3 Members:  1 times your Annual Earnings, subject to a maximum of $1,000,000. Your Plan 1 AD&D Insurance Benefit is rounded to the next higher multiple of $1,000, if not already a multiple of $1,000.

Class 4 Members:  $2,500

Printed 2/6/2004                                     - 5 -                                      642067-A

STND1282-00037

Plan 2 AD&D Insurance Benefit (voluntary):

| | |
|---|---|
| Class 1, 2, and 3 Members: | You may apply for any multiple of $10,000, up to $360,000. |
| Class 4 Members: | None |

The amount payable for certain Losses is less than 100% of the AD&D Insurance Benefit. See AD&D Table Of Losses.

If you are a Class 1, 2 or 3 Member, the amount of your Plan 1 AD&D Insurance will be reduced to a percentage of the amount determined above, as follows: to 65% when you become age 65, to 50% when you become age 70, and to 35% when you become age 75. Your benefit will not be rounded after the amount is reduced due to a change in age.

If you are a Class 4 Member, the amount of your Plan 1 AD&D Insurance will be reduced by 50% when you become age 70.

## SCHEDULE OF DEPENDENTS AD&D INSURANCE

You may insure your Dependents for Dependents AD&D Insurance if you are insured for Plan 2 AD&D Insurance and your Dependents meet the requirements to become insured. The amount of the Dependents AD&D Insurance Benefit depends on whether you have both a Spouse and Children, a Spouse only, or Children only. Members pay the entire cost of Dependents AD&D Insurance.

Dependents AD&D Insurance Benefit

Class 1, 2 and 3 Members:

| | |
|---|---|
| Spouse only: | 75% of your Plan 2 AD&D Insurance Benefit* |
| Children only: | 20% of your Plan 2 AD&D Insurance Benefit, for each Child |
| Spouse and Children: | 60% of your Plan 2 AD&D Insurance Benefit, for your Spouse * |
| | 10% of your Plan 2 AD&D Insurance Benefit, for each Child |
| Class 4 Members: | None |

*Supplemental Dependents AD&D for Spouse: You may supplement the amount of your Spouse's Dependents AD&D Insurance by any multiple of $10,000. However, the total amount of your Spouse's Dependents AD&D Insurance may not exceed the amount of your Plan 2 AD&D Insurance.

The amount payable for certain Losses is less than 100% of the Dependents AD&D Insurance Benefit. See AD&D Table Of Losses.

## OTHER AD&D BENEFITS

Seat Belt Benefit:

| | |
|---|---|
| For you: | The lesser of (1) $25,000, or (2) 10% of the total Plan 1 and Plan 2 AD&D Insurance Benefit payable for Loss of life. |
| For your Dependents: | The lesser of (1) $25,000, or (2) 10% of the Dependents AD&D Insurance Benefit payable for Loss of life. |

STND1282-00038

Public Transportation Benefit:

| | |
|---|---|
| For you: | The lesser of (1) $200,000, or (2) 100% of the Plan 2 AD&D Insurance Benefit otherwise payable for the Loss of life. |
| For your Dependents: | The lesser of (1) $200,000, or (2) 100% of the Dependents AD&D Insurance Benefit otherwise payable for the Loss of life. |
| Career Adjustment Benefit: | The tuition expenses for training incurred by your Spouse within 12 months after the date of your death, exclusive of room and board, but not to exceed $5,000, or 5% of your Plan 2 AD&D Insurance Benefit, whichever is less. |
| Minimum Career Adjustment Benefit: | $1,500 |
| Child Care Benefit: | The child care expenses incurred by your Spouse within 48 months after your death for all Children under age 7, but not to exceed $2,500 per year, or 2.5% of your Plan 2 AD&D Insurance Benefit per year, whichever is less. |
| Minimum Child Care Benefit: | $1,250 |
| Higher Education Benefit: | The tuition expenses incurred per Child within 48 months after your death at an accredited institution of higher education, exclusive of room and board, but not to exceed $7,500 per year, or 5% of your Plan 2 AD&D Insurance Benefit per year, whichever is less. |
| Minimum Higher Education Benefit: | $1,500 |

## AD&D TABLE OF LOSSES

The amount payable is a percentage of the AD&D Insurance Benefit or Dependents AD&D Insurance Benefit in effect on the date of the accident and is determined by the Loss suffered, as shown in the following table:

| Loss: | | Percentage Payable: |
|---|---|---|
| a. | Life | 100% |
| b. | One hand or one foot | 50% |
| c. | Sight in one eye, speech, or hearing in both ears | 50% |
| d. | Two or more of the Losses listed in b. and c. above | 100% |
| e. | Thumb and index finger of the same hand | 25%* |
| f. | Quadriplegia | 100% |
| g. | Paraplegia | 75% |

STND1282-00039

| h. | Hemiplegia | 50% |
| i. | Coma (for Plan 2 AD&D and Dependents AD&D only) | 1% of the Coma Maximum Benefit per month.** |

No more than 100% of the AD&D Insurance Benefit or Dependents AD&D Insurance Benefit will be paid for all Losses resulting from one accident.

\* No AD&D Insurance Benefit or Dependents AD&D Insurance Benefit will be paid for Loss of thumb and index finger of the same hand if an AD&D Insurance Benefit or Dependents AD&D Insurance Benefit is payable for the Loss of that entire hand.

\*\* The Coma Benefit is payable until the earlier of (a) the last day of the calendar month in which the insured person ceases to be comatose, or (b) the date the total amount of Coma Benefits paid equals the Comatose Maximum Benefit. The Comatose Maximum Benefit is the amount of Plan 2 AD&D Insurance or Dependents AD&D Insurance (as applicable) which is payable for Loss of life after reduction by any Plan 2 AD&D Insurance Benefit or Dependents AD&D Insurance Benefit payable for any other Loss as a result of the same accident.

## OTHER BENEFITS

| | |
|---|---|
| Waiver Of Premium: | Yes, for Plan 2 Life Insurance and Dependents Life Insurance |
| Accelerated Benefit: | Yes, for Plan 2 Life Insurance and Dependents Life Insurance |

## OTHER PROVISIONS

| | |
|---|---|
| Suicide Exclusion: | Applies to: |

    a.  Life Insurance
    b.  Dependents Life Insurance
    c.  AD&D Insurance
    d.  Dependents AD&D Insurance

| | |
|---|---|
| Continuity Of Coverage: | Yes |
| Annual Earnings based on: | Earnings in effect on your last full day of Active Work. |

Insurance Eligible For Portability:

For you:

| Life Insurance eligible for Portability: | Yes |
|---|---|
| Minimum combined amount: | $10,000 |
| Maximum combined amount: | $300,000 |

For your Spouse:

| Dependents Life Insurance eligible for Portability: | Yes |
|---|---|
| Minimum amount: | $5,000 |
| Maximum amount: | $100,000 |

STND1282-00040

For your Child:

| | |
|---|---|
| Dependents Life Insurance eligible for Portability: | Yes |
| Minimum amount: | $1,000 |
| Maximum amount: | $5,000 |

For you:

| | |
|---|---|
| AD&D Insurance eligible for Portability: | Yes |
| Minimum combined amount: | $10,000 |
| Maximum combined amount: | $300,000 |

(Dependents AD&D Insurance is not eligible for Portability.)

## PREMIUM RATES AND RENEWALS

Premium Rates:

Plan 1 Life Insurance:            $0.118 monthly per $1,000 of Plan 1 Life Insurance

Plan 2 Life Insurance for Member and
Dependents Life Insurance for Spouse:

| Age of Insured | Monthly Rate Per Multiple of $1,000 of Plan 2 Life Insurance and Dependents Life Insurance |
|---|---|
| Under age 25 | $    0.05 |
| 25 through 29 | 0.06 |
| 30 through 34 | 0.08 |
| 35 through 39 | 0.09 |
| 40 through 44 | 0.13 |
| 45 through 49 | 0.23 |
| 50 through 54 | 0.32 |
| 55 through 59 | 0.57 |
| 60 through 64 | 0.66 |
| 65 through 69 | 1.45 |
| 70 through 74 | 2.20 |
| 75 through 79 | 2.90 |
| 80 or over | 5.65 |

Dependents Life Insurance
for Children:                     $0.55 monthly per multiple of $5,000 of Dependents Life
                                  Insurance, regardless of the number of Children covered

Plan 1 AD&D Insurance:            $0.027 monthly per $1,000 of Plan 1 AD&D Insurance

Plan 2 AD&D Insurance:

Member only:                      $0.026 monthly per $1,000 of the Member's Plan 2 AD&D
                                  Insurance.

Member and Dependents:            $0.044 monthly per $1,000 of the Member's Plan 2 AD&D
                                  Insurance.

Printed 2/6/2004                        - 9 -                              642067-A

STND1282-00041

| | |
|---|---|
| Supplemental Dependents AD&D Insurance for Spouse: | $0.026 monthly per $1,000 of Supplemental Dependents AD&D for Spouse |
| Premium Due Dates: | June 1, 2003 and the first day of each calendar month thereafter. |
| Grace Period: | 60 days |
| Initial Rate Guarantee Period: | One year |
| Notice of Rate Change: | 180 days |
| Minimum Participation: | |
|    Life Insurance: | |
|       Number: | 10 insured Members |
|       Percentage: | Plan 1: 100% of eligible Class 1, 2 and 3 Members<br>Plan 2: 20% of eligible Members |
|    Dependents Life Insurance: | 75% of insured Members with eligible Dependents must elect to insure those Dependents |

STND1282-00042

# LIFE INSURANCE

A.  Insuring Clause

If you die while insured for Life Insurance, we will pay benefits according to the terms of the Group Policy after we receive Proof Of Loss satisfactory to us.

B.  Amount Of Life Insurance

See the **Coverage Features** for the Life Insurance schedule.

C.  Changes In Life Insurance

1.  Increases

You must apply in writing for any elective increase in your Life Insurance.

Subject to the **Active Work Provisions**, an increase in your Life Insurance becomes effective as follows:

a.  Increases Subject To Evidence Of Insurability

An increase in your Life Insurance due to an elective change or change in your classification or Annual Earnings, and which is subject to Evidence Of Insurability (as shown in the **Coverage Features**), becomes effective on the date we approve your Evidence Of Insurability.

b.  Increases Not Subject To Evidence Of Insurability

An increase in your Life Insurance due to a change in your classification or Annual Earnings, and which is not subject to Evidence Of Insurability, becomes effective on the date of the change.

2.  Decreases

A decrease in your Life Insurance because of a change in your classification, age or Annual Earnings becomes effective on the date of the change.

Any other decrease in your Life Insurance becomes effective on the date your Employer receives your written request for the decrease.

D.  Repatriation Benefit

The amount of the Repatriation Benefit is shown in the **Coverage Features**.

We will pay a Repatriation Benefit if all of the following requirements are met.

1.  A Life Insurance Benefit is payable because of your death.

2.  You die more than 200 miles from your primary place of residence.

3.  Expenses are incurred to transport your body to a mortuary near your primary place of residence.

E.  Suicide Exclusion: Life Insurance

If your death results from suicide or other intentionally self-inflicted injury, while sane or insane, 1 and 2 below apply.

1.  The Plan 1 Life Insurance Benefit payable will be limited to 50% of the amount of your Plan 1 Life Insurance.

2.  The Plan 2 Life Insurance Benefit payable will exclude the amount of your Plan 2 Life Insurance

STND1282-00043

which has not been continuously in effect for at least 2 years on the date of your death. In computing the 2-year period, we will include time you were insured under the Prior Plan.

3.  We will refund all premiums paid for that portion of your Life Insurance which is excluded from payment under this suicide exclusion.

F.  When Life Insurance Becomes Effective

For Class 1, 2 and 3 Members:

Subject to the **Active Work Provisions**, Life Insurance for Class 1, Class 2 and Class 3 Members becomes effective as follows:

1.  Plan 1 and Plan 2 Life Insurance subject to Evidence Of Insurability

    Life Insurance subject to Evidence Of Insurability becomes effective on the date we approve your Evidence Of Insurability.

2.  Life Insurance not subject to Evidence Of Insurability

    a.  Plan 1 Life Insurance

        Plan 1 Life Insurance not subject to Evidence Of Insurability becomes effective on the date you become eligible.

    b.  Plan 2 Life Insurance

        You must apply in writing for Plan 2 Life Insurance and agree to pay premiums. Plan 2 Life Insurance not subject to Evidence Of Insurability becomes effective on:

        (i)  The date you become eligible, if you apply on or before that date.

        (ii)  The date you become eligible, if you apply within 60 days after you become eligible.

        Late application: Evidence Of Insurability is required if you apply more than 60 days after you become eligible.

For Class 4 Members:

If you apply to continue coverage within 60 days following your retirement date and agree to make the required premium contributions, your Plan 1 Life Insurance as a Class 4 Member is effective on your retirement date. You may not continue coverage as a Class 4 Member unless you apply within 60 days following your retirement date, and if your coverage ends while you are retired, you may not become insured again (unless you return to work as an active Member).

G.  When Life Insurance Ends

Life Insurance ends automatically on the earliest of:

1.  With respect to Contributory Insurance, the date the last period ends for which you made the required premium contribution;

2.  The date the Group Policy terminates;

3.  The date your employment terminates (unless you are covered as a retired Member, or your coverage is continued under 4. below); and

4.  With respect to Class 1, 2 and 3 Members, the date you cease to be actively at work for the Employer. However, coverage may be continued (unless it ends under 1 through 3 above) with premium payment while you are eligible for medical benefits under the Albertsons Employees' Health and Welfare Plan.

    **Note:**

STND1282-00044

- When your Plan 1 or Plan 2 Life Insurance ends under the provisions stated above, you may be eligible to convert your coverage to an individual policy, as provided under the **Right To Convert** section.

- If your application for Waiver Of Premium is approved by us, Plan 2 Life Insurance will continue without premium payment as provided under the **Waiver Of Premium** section.

H.  Reinstatement Of Life Insurance

If your Life Insurance ends, you may become insured again as a new Member. However, 1 through 4 below will apply.

1.  If you are a Class 4 Member and your Life Insurance ends for any reason, you may not become insured again, unless you return to work as an active Member.

2.  If your Life Insurance ends because you elect to discontinue coverage, you must provide Evidence Of Insurability to become insured again.

3.  If you exercised your Right To Convert, you must surrender your individual policy of life insurance to become insured again under the Group Policy.

4.  If your Life Insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

(REPAT_SUIC ALL)    LI.LF.OT.2X

## DEPENDENTS LIFE INSURANCE

A.  Insuring Clause

If your Dependent dies while insured for Dependents Life Insurance, we will pay benefits according to the terms of the Group Policy after we receive satisfactory Proof Of Loss.

B.  Amount Of Dependents Life Insurance

See the **Coverage Features** for the amount of your Dependents Life Insurance.

C.  Changes In Dependents Life Insurance

1.  Increases

You must apply in writing for any elective increase in your Dependents Life Insurance.

Subject to the **Active Work Provisions**, an elective increase in your Dependents Life Insurance becomes effective on the date we approve each Dependent's Evidence Of Insurability.

2.  Decreases

A decrease in Dependents Life Insurance because of a change in your Spouse's age becomes effective on the date of the change in age.

A decrease in Dependents Life Insurance because of a change in the amount of your Plan 2 Life Insurance becomes effective on the date of the change in your Plan 2 Life Insurance.

Any other decrease in Dependents Life Insurance becomes effective on the date your Employer receives your written request for the decrease.

D.  Definitions For Dependents Life Insurance

Dependent means your Spouse or your Child. Dependent does not include a person who is a full-time member of the armed forces of any country.

STND1282-00045

E.  Suicide Exclusion: Dependents Life Insurance

If your Dependent's death results from suicide or other intentionally self-inflicted injury, while sane or insane, 1 and 2 below apply.

1.  The amount payable will exclude the amount of Dependents Life Insurance which has not been continuously in effect for at least 2 years on the date of your Dependent's death. In computing the 2-year period, we will include time you were insured under the Prior Plan.

2.  We will refund all premiums paid for that portion of your Dependents Life Insurance which is excluded from payment under this suicide exclusion.

F.  Becoming Insured For Dependents Life Insurance

1.  Eligibility

You become eligible to insure your Dependents on the latest of the following dates:

a.  The date your Life Insurance becomes effective.

b.  With respect to your Spouse, the date you first acquire a Spouse.

c.  With respect to your Children, the date you first acquire a Child.

A Member may not be insured as both a Member and a Dependent. A Child may not be insured by more than one Member.

2.  Effective Dates

You must apply in writing for Dependents Life Insurance and agree to pay premiums. Subject to the **Active Work Provisions**, Dependents Life Insurance becomes effective as follows:

a.  Dependents Life Insurance subject to Evidence Of Insurability

Dependents Life Insurance which is subject to Evidence Of Insurability becomes effective on the date we approve each Dependent's Evidence Of Insurability.

b.  Dependents Life Insurance not subject to Evidence Of Insurability

Dependents Life Insurance which is not subject to Evidence Of Insurability becomes effective on:

i.  The date you become eligible for Dependents Life Insurance, if you apply on or before that date.

ii.  The date you become eligible for Dependents Life Insurance, if you apply within 60 days after you become eligible.

Late application: Evidence Of Insurability is required if you apply more than 60 days after you become eligible for Dependents Life Insurance.

3.  While Dependents Life Insurance for your Children is in effect, each new Child becomes insured immediately.

G.  When Dependents Life Insurance Ends

Dependents Life Insurance ends automatically on the earliest of:

1.  Six months after you die (no premiums will be charged for your Dependents Life Insurance during this time);

2.  The date your Life Insurance ends (unless coverage continues under 1. above);

3.  The date you retire;

STND1282-00046

4. The date Dependents Life Insurance terminates under the Group Policy;

5. The date the last period ends for which you made the required premium contribution for Dependents Life Insurance;

6. For your Spouse, the date of your divorce, the date of your legal separation, or the date you and your Spouse have been physically separated for 12 consecutive months, whichever is earliest;

7. For your Domestic Partner, the date of dissolution of your domestic partnership;

8. For any Dependent, the date the Dependent ceases to be a Dependent; and

9. For a Child who is Disabled, 90 days after we mail you a request for proof of Disability, if proof is not given.

**Note:**

- When Dependents Life Insurance ends, your Dependents may be eligible to convert coverage to individual policies, as provided under the **Right To Convert** section.

- If your application for Waiver Of Premium for Plan 2 Life Insurance is approved by us, Dependents Life Insurance will continue without premium payment as provided under the **Waiver Of Premium** section.

(SP & CH)    LI.DL.OT.1X

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

A.  Insuring Clause

If you have an accident while insured for AD&D Insurance, and the accident results in a Loss, we will pay benefits according to the terms of the Group Policy after we receive satisfactory Proof Of Loss.

B.  Definition Of Loss

Loss means loss of life, hand, foot, sight, speech, hearing in both ears, thumb and index finger of the same hand, coma, Quadriplegia, Hemiplegia or Paraplegia which meets all of the following requirements:

1. Is caused solely and directly by an accident, including accidental exposure to adverse conditions.

2. Occurs independently of all other causes.

3. Occurs within 365 days of the accident.

4. With respect to Loss of life, is evidenced by a certified copy of the death certificate.

5. With respect to all other Losses, is certified by a Physician in the appropriate specialty as determined by us.

With respect to Loss of life, death will be presumed if you disappear and the disappearance:

1. Is caused solely and directly by an accident that reasonably could have caused Loss of life;

2. Occurs independently of all other causes; and

3. Continued for a period of 365 days after the date of the accident, despite reasonable search efforts.

With respect to a hand or foot, Loss means actual and permanent severance from the body at or above the wrist or ankle joint, whether or not surgically reattached.

STND1282-00047

With respect to sight, Loss means entire, uncorrectable, and irrecoverable loss of sight.

With respect to speech, Loss means entire, uncorrectable, and irrecoverable loss of audible speech.

With respect to hearing, Loss means entire, uncorrectable, and irrecoverable loss of hearing in both ears.

With respect to thumb and index finger of the same hand, Loss means actual and permanent severance from the body at or above the metacarpophalangeal joints.

With respect to Quadriplegia, Hemiplegia, and Paraplegia, Loss must be permanent, complete, and irreversible.

Quadriplegia means total paralysis of both upper and lower limbs. Hemiplegia means total paralysis of the upper and lower limbs on the same side of the body. Paraplegia means total paralysis of both lower limbs.

With respect to coma, Loss means a profound state of mental unconsciousness with no evidence of appropriate responses to stimulation, lasting for at least 30 consecutive days.

C.  Amount Payable

See **Coverage Features** for the AD&D Insurance schedule. The amount payable is a percentage of the AD&D Insurance Benefit in effect on the date of the accident and is determined by the Loss suffered. See AD&D Table Of Losses in the **Coverage Features**.

D.  Changes In AD&D Insurance

You must apply in writing for any elective increase in your AD&D Insurance.

1.  Subject to the **Active Work Provisions**, a change in your AD&D Insurance Benefit due to a change in the amount selected becomes effective on the date your Employer receives your written request for the change.

2.  A decrease in your AD&D Insurance because of a change in your age becomes effective on the date of the change in age.

E.  AD&D Insurance Exclusions

No AD&D Insurance benefit is payable if the accident or Loss is caused or contributed to by any of the following:

1.  War or act of War.  War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

2.  Suicide or other intentionally self-inflicted Injury, while sane or insane.

3.  Committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot.  Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

4.  The voluntary use or consumption of any poison, chemical compound, alcohol or drug, unless used or consumed according to the directions of a physician.

5.  Sickness or Pregnancy existing at the time of the accident.

6.  Heart attack or stroke.

7.  Medical or surgical treatment for any of the above.

8.  Boarding, leaving, or being in or on any kind of aircraft. However, this exclusion will apply only to a pilot or crew member of the aircraft (other than a pilot or crew member of an aircraft operated by or for the Employer).

STND1282-00048

F.   Other AD&D Benefits

Seat Belt Benefit

The amount of the Seat Belt Benefit is shown in the **Coverage Features**.

We will pay a Seat Belt Benefit if all of the following requirements are met:

1.  You die as a result of an Automobile accident for which an AD&D Insurance Benefit is payable for Loss of life; and

2.  You are wearing and properly utilizing a Seat Belt System at the time of the accident, as evidenced by a police accident report.

Seat Belt System means a properly installed combination lap and shoulder restraint system that meets the Federal Vehicle Safety Standards of the National Highway Traffic Safety Administration. Seat Belt System will include a lap belt alone, but only if the Automobile did not have a combination lap and shoulder restraint system when manufactured. Seat Belt System does not include a shoulder restraint alone.

Automobile means a private passenger motor vehicle licensed for use on public highways.

Public Transportation Benefit

The amount of the Public Transportation Benefit is shown in the **Coverage Features**.

We will pay a Public Transportation Benefit if all of the following requirements are met:

1.  You die as a result of an accident for which a Plan 2 AD&D Insurance Benefit is payable for Loss of your life.

2.  The accident occurs while you are riding as a fare-paying passenger on Public Transportation.

Public Transportation means a public passenger conveyance operated by a licensed common carrier for the transportation of the general public for a fare and operating on regular passenger routes with a definite schedule of departures and arrivals.

Career Adjustment Benefit

The amount of the Career Adjustment Benefit is shown in the **Coverage Features**.

We will pay a Career Adjustment Benefit to your Spouse if all of the following requirements are met:

1.  You are insured under the Group Policy.

2.  You die as a result of an accident for which a Plan 2 AD&D Insurance Benefit is payable for Loss of your life.

3.  Your Spouse is, within 12 months after the date of your death, registered and in attendance at a professional or trades training program for the purpose of obtaining employment or increasing earnings.

If you have no surviving Spouse, the Minimum Career Adjustment Benefit, shown in the **Coverage Features**, will be paid to the recipient of the Plan 2 AD&D Benefit.

Child Care Benefit

The amount of the Child Care Benefit is shown in the **Coverage Features**.

We will pay a Child Care Benefit to your Spouse if all of the following requirements are met:

1.  You are insured under the Group Policy.

STND1282-00049

2. You die as a result of an accident for which a Plan 2 AD&D Insurance Benefit is payable for Loss of your life.

3. Your Child is, within 12 months after the date of your death, enrolled with a licensed child care provider.

4. Your Spouse pays a licensed child care provider who is not a member of your family for child care provided to your Child(ren) under age 7 within 48 months of your death.

5. The childcare is necessary in order for your Spouse to work or to obtain training for work or to increase earnings.

If you have no surviving Spouse, the Minimum Child Care Benefit, shown in the **Coverage Features**, will be paid to the recipient of the Plan 2 AD&D Benefit.

Higher Education Benefit

The amount of the Higher Education Benefit is shown in the **Coverage Features**.

We will pay a Higher Education Benefit to your Child if all of the following requirements are met:

1. You are insured under the Group Policy.

2. You die as a result of an accident for which a Plan 2 AD&D Insurance Benefit is payable for Loss of your life.

3. Your Child is, within 12 months after the date of your death, registered and in full-time attendance at an accredited institution of higher education beyond high school.

The Higher Education Benefit will be paid annually to each Child who meets the requirements of item 3 above, for a maximum of 4 consecutive years beginning on the date of your death.

If you have no eligible Child, the Minimum Higher Education Benefit, shown in the **Coverage Features**, will be paid to the recipient of the Plan 2 AD&D Benefit.

G. Becoming Insured For AD&D Insurance

For Class 1, 2 and 3 Members:

Subject to the **Active Work Provisions**, AD&D Insurance for Class 1, 2 and 3 Members becomes effective as follows:

1. Plan 1 AD&D Insurance

   Plan 1 AD&D Insurance becomes effective on the date you become eligible.

2. Plan 2 AD&D Insurance

   You must apply in writing for Plan 2 AD&D Insurance and agree to pay premiums. Plan 2 AD&D Insurance becomes effective on:

   a. The date you become eligible, if you apply on or before that date.

   b. The date you become eligible, if you apply within 60 days after you become eligible.

   c. The date your Employer receives your written application, if you apply more than 60 days after you become eligible.

Class 4 Members:

If you apply to continue coverage within 60 days following your retirement date and agree to make the required premium contributions, your Plan 1 AD&D Insurance as a Class 4 Member is effective on your retirement date. You may not continue coverage as a Class 4 Member

STND1282-00050

unless you apply within 60 days following your retirement date, and if your coverage ends while you are retired, you may not become insured again (unless you return to work as an active Member).

II.  When AD&D Insurance Ends

AD&D Insurance ends automatically on the earliest of:

1.  The date your Plan 1 Life Insurance ends;

2.  With respect to Contributory AD&D Insurance, the date the last period ends for which you made the required premium contribution;

3.  The date AD&D Insurance terminates under the Group Policy;

4.  The date your employment terminates (unless you are covered as a retired Member, or your coverage is continued under 5. below); and

5.  With respect to Class 1, 2 and 3 Members, the date you cease to be actively at work for the Employer. However, coverage may be continued (unless it ends under 1 through 4 above) with premium payment while you are eligible for medical benefits under the Albertsons Employees' Health and Welfare Plan.

(DEP_FB)  LI.AD.OT.1X

## DEPENDENTS ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

A.  Insuring Clause

If your Dependent has an accident while insured for Dependents AD&D Insurance, and the accident results in a Loss, we will pay benefits according to the terms of the Group Policy after we receive satisfactory Proof Of Loss.

B.  Definition Of Loss For Dependents AD&D Insurance

Loss means loss of life, hand, foot, sight, speech, hearing in both ears, thumb and index finger of the same hand, coma, Quadriplegia, Hemiplegia or Paraplegia which meets all of the following requirements:

1.  Is caused solely and directly by an accident, including accidental exposure to adverse conditions.

2.  Occurs independently of all other causes.

3.  Occurs within 365 days of the accident.

4.  With respect to Loss of life, is evidenced by a certified copy of the death certificate.

5.  With respect to all other Losses, is certified by a Physician in the appropriate specialty as determined by us.

With respect to Loss of life, death will be presumed if your Dependent(s) disappear and the disappearance:

1.  Is caused solely and directly by an accident that reasonably could have caused Loss of life;

2.  Occurs independently of all other causes; and

3.  Continued for a period of 365 days after the date of the accident, despite reasonable search efforts.

With respect to a hand or foot, Loss means actual and permanent severance from the body at or above the wrist or ankle joint, whether or not surgically reattached.

STND1282-00051

With respect to sight, Loss means entire, uncorrectable, and irrecoverable loss of sight.

With respect to speech, Loss means entire, uncorrectable, and irrecoverable loss of audible speech.

With respect to hearing, Loss means entire, uncorrectable, and irrecoverable loss of hearing in both ears.

With respect to thumb and index finger of the same hand, Loss means actual and permanent severance from the body at or above the metacarpophalangeal joints.

With respect to Quadriplegia, Hemiplegia, and Paraplegia, Loss must be permanent, complete, and irreversible.

Quadriplegia means total paralysis of both upper and lower limbs. Hemiplegia means total paralysis of the upper and lower limbs on the same side of the body. Paraplegia means total paralysis of both lower limbs.

With respect to coma, Loss means a profound state of mental unconsciousness with no evidence of appropriate responses to stimulation, lasting for at least 30 consecutive days.

C.  Definitions For Dependents AD&D Insurance

Dependent means your Spouse or Child. Dependent does not include a person who is a full-time member of the armed forces of any country.

D.  Amount Payable

See **Coverage Features** for the Dependents AD&D Insurance schedule. The amount payable is a percentage of the Dependents AD&D Insurance Benefit in effect on the date of the accident and is determined by the Loss suffered. See AD&D Table Of Losses in the **Coverage Features**.

E.  Other Dependents AD&D Benefits

Seat Belt Benefit

The amount of the Seat Belt Benefit is shown in the **Coverage Features**.

We will pay a Seat Belt Benefit if all of the following requirements are met:

1.  Your Dependent dies as a result of an Automobile accident for which a Dependents AD&D Insurance Benefit is payable for Loss of life; and

2.  Your Dependent is wearing and properly utilizing a Seat Belt System at the time of the accident, as evidenced by a police accident report.

Seat Belt System means a properly installed combination lap and shoulder restraint system that meets the Federal Vehicle Safety Standards of the National Highway Traffic Safety Administration. Seat Belt System will include a lap belt alone, but only if the Automobile did not have a combination lap and shoulder restraint system when manufactured. Seat Belt System does not include a shoulder restraint alone.

Automobile means a private passenger motor vehicle licensed for use on public highways.

Public Transportation Benefit

The amount of the Public Transportation Benefit is shown in the **Coverage Features.**

We will pay a Public Transportation Benefit if all of the following requirements are met:

1.  Your Dependent dies as a result of an accident for which a Dependents AD&D Insurance Benefit is payable for Loss of life.

2.  The accident occurs while your Dependent is riding as a fare-paying passenger on Public Transportation.

STND1282-00052

Public Transportation means a public passenger conveyance operated by a licensed common carrier for the transportation of the general public for a fare and operating on regular passenger routes with a definite schedule of departures and arrivals.

F.   Dependents AD&D Exclusions

No Dependents AD&D Insurance benefit is payable if the Loss is caused or contributed to by any of the following:

1.   War or act of War.  War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

2.   Suicide or other intentionally self-inflicted injury, while sane or insane.

3.   Committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot.  Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

4.   The voluntary use or consumption of any poison, chemical compound, alcohol or drug, unless used or consumed according the directions of a physician.

5.   Sickness or Pregnancy existing at the time of the accident.

6.   Heart attack or stroke.

7.   Medical or surgical treatment for any of the above.

8.   Boarding, leaving, or being in or on any kind of aircraft.  However, this exclusion will apply only to a pilot or crew member of the aircraft (other than a pilot or crew member of an aircraft operated by or for the Employer).

G.   When Dependents AD&D Insurance Becomes Effective

You must apply in writing for Dependents AD&D Insurance and agree to pay premiums.

Subject to the **Active Work Provisions**, Dependents AD&D Insurance becomes effective on:

1.   The date you become eligible for AD&D Insurance, if you apply for Dependents AD&D Insurance on or before that date.

2.   The date you become eligible for AD&D Insurance, if you apply for Dependents AD&D Insurance within 60 days after you become eligible for AD&D Insurance.

3.   The date your Employer receives your written application, if you apply for Dependents AD&D Insurance more than 60 days after you become eligible for AD&D Insurance.

A Member may not be insured as both a Member and a Dependent. A Child may not be insured by more than one Member.

H.   When Dependents AD&D Insurance Ends

Your Dependents AD&D Insurance ends automatically on the earliest of:

1.   Six months after you die (no premiums will be charged for your Dependents AD&D Insurance during this time);

2.   The date Dependents AD&D Insurance terminates under the Group Policy;

3.   The date the last period ends for which you made the required premium contribution for Dependents AD&D Insurance (unless coverage continues under 1. above);

4.   The date your Plan 2 AD&D Insurance ends (unless coverage continues under 1. above);

5.   For your Spouse, the date of your divorce, the date of your legal separation, or the date you and your Spouse have been physically separated for 12 consecutive months, whichever is earliest;

STND1282-00053

6.  For your Domestic Partner, the date of dissolution of your domestic partnership;

7.  For any Dependent, the date the Dependent ceases to be a Dependent; and

8.  For a Child who is Disabled, 90 days after we mail you a request for proof of Disability, if proof is not given.

LI.DA.01X

## ACTIVE WORK PROVISIONS

If you are incapable of Active Work because of Sickness, Injury or Pregnancy on the day before the scheduled effective date of your insurance or an increase in your insurance, your insurance or increase will not become effective until the day after you complete one full day of Active Work as an eligible Member.

Active Work and Actively At Work mean performing the material duties of your own occupation at your Employer's usual place of business.

You will also meet the Active Work requirement if:

1.  You were absent from Active Work because of a regularly scheduled day off, holiday, or vacation day;

2.  You were Actively At Work on your last scheduled work day before the date of your absence; and

3.  You were capable of Active Work on the day before the scheduled effective date of your insurance or increase in your insurance.

LI.AW.OT.1

## CONTINUITY OF COVERAGE

A.  Waiver Of Active Work Requirement

If you were insured under the Prior Plan on May 31, 2003, you can become insured on June 1, 2003 without meeting the Active Work requirement. See **Active Work Provisions**.

B.  Payment Of Benefit

The benefits payable before you meet the Active Work requirement will be:

1.  The benefits payable under the terms of the Group Policy; reduced by

2.  Any benefits payable under the Prior Plan.

LI.CC.OT.1X

## PORTABILITY OF INSURANCE

A.  Portability Of Insurance

If your insurance under the Group Policy ends because your employment with your Employer terminates, you may be eligible to buy portable group insurance coverage as shown in the **Coverage Features** for yourself and your Dependents without submitting Evidence Of Insurability. To be eligible you must satisfy the following requirements:

1.  On the date your employment terminates, you must be able to perform with reasonable continuity the material duties of at least one gainful occupation for which you are reasonably fitted by education, training and experience.

STND1282-00054

(If you are unable to meet this requirement, see the **Right To Convert** and **Waiver Of Premium** provisions for other options that may be available to you under the Group Policy.)

2. On the date your employment terminates, you are under age 65.

3. On the date your employment terminates, you must have been continuously insured under the Group Policy for at least 12 consecutive months. In computing the 12 consecutive month period, we will include time insured under the Prior Plan.

4. You must apply in writing and pay the first premium directly to us at our Home Office within 31 days after the date your employment terminates. You must purchase portable group life insurance coverage for yourself in order to purchase accidental death and dismemberment insurance or dependents life insurance eligible for portability.

This portable group insurance will be provided under a master Group Life Portability Insurance Policy we have issued to the Standard Insurance Company Group Insurance Trust. If approved, the certificate you will receive will be governed under the terms of the Group Life Portability Insurance Policy and will contain provisions that differ from your Employer's coverage under the Group Policy.

B. Amount Of Portable Insurance

The minimum and maximum amounts that you are eligible to buy under the Group Life Portability Insurance Policy are shown in the **Coverage Features**. You may buy less than the maximum amounts in increments of $1,000.

The combined amounts of insurance purchased under this **Portability Of Insurance** provision and the **Right To Convert** provision cannot exceed the amount in effect under the Group Policy on the day before your employment terminates.

C. When Portable Insurance Becomes Effective

Portable group insurance will become effective the day after your employment with your Employer terminates, if you apply within 31 days after the date your employment terminates.

If death occurs within 31 days after the date insurance ends under the Group Policy, life insurance benefits, if any, will be paid according to the terms of the Group Policy in effect on the date your employment terminates and not the terms of the Group Life Portability Insurance Policy. AD&D benefits, if any, will be paid according to the terms of the Group Policy or the Group Life Portability Insurance Policy, but not both. In no event will the benefits paid exceed the amount in effect under the Group Policy on the day before your employment terminates.

**(WITH DL REF_WITH ADAD REF)    LI.TP.OT.1X**

## WAIVER OF PREMIUM

A. Waiver Of Premium Benefit

Insurance will be continued without payment of premiums while you are Totally Disabled if:

1. You become Totally Disabled while insured under the Group Policy and under age 60;

2. You complete your Waiting Period; and

3. You give us satisfactory Proof Of Loss.

B. Definitions For Waiver Of Premium

1. Insurance means your Plan 2 Life Insurance and, if your Plan 2 Life Insurance is continued under Waiver Of Premium, includes your Dependents Life Insurance.

STND1282-00055

2. Totally Disabled means that, as a result of Sickness, accidental Injury, or Pregnancy, you are unable to perform with reasonable continuity the material duties of any gainful occupation for which you are reasonably fitted by education, training and experience.

3. Waiting Period means the 180 consecutive day period beginning on the date you become Totally Disabled. Waiver Of Premium begins when you complete the Waiting Period.

C. Amount Of Insurance

The amount of Insurance continued without payment of premium is the amount in effect on the day before you become Totally Disabled, subject to the following:

1. Insurance will be reduced or terminated according to the Group Policy provisions in effect on the day before you become Totally Disabled.

2. If you or your Dependent receives an Accelerated Benefit, Insurance will be reduced according to the **Accelerated Benefit** provision.

D. Effect Of Death During The Waiting Period

If you die during the Waiting Period and are otherwise eligible for Waiver Of Premium, the Waiting Period will be waived.

E. Termination Or Amendment Of The Group Policy

Insurance will not be affected by termination or amendment of the Group Policy after you become Totally Disabled.

F. When Waiver Of Premium Ends

Waiver Of Premium ends on the earliest of:

1. The date you cease to be Totally Disabled;

2. 90 days after the date we mail you a request for additional Proof Of Loss, if it is not given;

3. The date you fail to attend an examination or cooperate with the examiner;

4. With respect to the amount of Insurance which an insured has converted, the effective date of the individual life insurance policy issued to the insured; and

5. The date you reach age 65.

(AGE TERM)  LI.WP.OT.1X

## ACCELERATED BENEFIT

A. Definitions For Accelerated Benefit

Insurance means your Plan 2 Life Insurance and Dependents Life Insurance under the Group Policy.

Qualifying Medical Condition means the insured person is terminally ill as a result of an illness or physical condition which is reasonably expected to result in death within 12 months.

B. Accelerated Benefit

If you or your Dependent while under age 60 gives us satisfactory proof of having a Qualifying Medical Condition while insured under the Group Policy, such insured person may have the right to receive during the person's lifetime a portion of Insurance as an Accelerated Benefit. The insured person must have at least $10,000 of Insurance in effect to be eligible.

If Insurance is scheduled to end within 24 months following the date the insured person applies for the Accelerated Benefit, the insured person will not be eligible for the Accelerated Benefit.

STND1282-00056

We may have the insured person examined at our expense in connection with the claim for an Accelerated Benefit. Any such examination will be conducted by one or more Physicians of our choice.

C. Application For Accelerated Benefit

You must apply for the Accelerated Benefit. To apply, the insured person must give us satisfactory Proof Of Loss on our forms. Proof Of Loss must include a statement from a Physician that the insured person has a Qualifying Medical Condition.

D. Amount Of Accelerated Benefit

You or your Dependent may receive an Accelerated Benefit of up to 75% of the amount of the insured person's Insurance.

If the amount of the Insurance is scheduled to reduce within 24 months following the date you apply for the Accelerated Benefit, the Accelerated Benefit will be based on the reduced amount.

The Accelerated Benefit will be paid once in a lifetime in a lump sum. An Accelerated Benefit for you or your Children will be paid to you. An Accelerated Benefit for your Spouse will be paid to your Spouse. If the insured person recovers from the Qualifying Medical Condition after receiving an Accelerated Benefit, we will not ask for a refund.

E. Effect On Insurance And Other Benefits

For any purpose other than premium payment, the amount of Insurance after payment of the Accelerated Benefit will be the greater of the amounts in (1) and (2) below:

(1) 10% of the amount of Insurance as if no Accelerated Benefit had been paid; or

(2) The amount of Insurance as if no Accelerated Benefit had been paid; minus

The amount of the Accelerated Benefit; minus

An interest charge calculated as follows:

A times B times C divided by 365 = interest charge.

A = The amount of the Accelerated Benefit.

B = The monthly average of our variable policy loan interest rate.

C = The number of days from payment of the Accelerated Benefit to the earlier of (1) the date the insured person dies, and (2) the date the insured person has a Right To Convert.

Note: If you have made an assignment of all or part of your Insurance, the amount of your Insurance after payment of the Accelerated Benefit will be the amount in (2) above.

F. Exclusions

No Accelerated Benefit will be paid:

1. If all or part of the insured person's Insurance must be paid to the Child(ren), or Spouse or former Spouse as part of a court approved divorce decree, separate maintenance agreement, or property settlement agreement.

2. If the insured person is married and lives in a community property state unless the insured person gives us a signed written consent from the Spouse.

3. If you have made an assignment of all or part of your Insurance, unless you give us a signed written consent from the assignee.

4. If the insured person has filed for bankruptcy, unless the insured person gives us written approval from the Bankruptcy Court for payment of the Accelerated Benefit.

STND1282-00057

5.  If the insured person is required by a government agency to use the Accelerated Benefit to apply for, receive, or continue a government benefit or entitlement.

6.  If the insured person has previously received an Accelerated Benefit under the Group Policy.

LI.AB.OT.1X

# RIGHT TO CONVERT

A.  Right To Convert

You may buy an individual policy of life insurance without Evidence Of Insurability if:

1.  Your Insurance ends or is reduced due to a Qualifying Event; and

2.  You apply in writing and pay us the first premium during the Conversion Period.

Except as limited under C. Limits On Right To Convert, the maximum amount you have a Right To Convert is the amount of your Insurance which ended.

B.  Definitions For Right To Convert

1.  Conversion Period means the 31-day period after the date of any Qualifying Event.

2.  Insurance means all your insurance under the Group Policy, including insurance continued under Waiver Of Premium, but excluding AD&D Insurance and Dependents AD&D Insurance.

3.  Qualifying Event means termination or reduction of your Insurance for any reason except the Member's failure to make a required premium contribution.

4.  You and your mean any person insured under the Group Policy.

C.  Limits On Right To Convert

If your Insurance ends or is reduced because of termination or amendment of the Group Policy, 1 and 2 below will apply.

1.  You may not convert Insurance which has been in effect for less than 5 years.

2.  The maximum amount you have a Right To Convert is the lesser of:

a.  The amount of your Insurance which ended, minus any other group life insurance for which you become eligible during the Conversion Period; and

b.  $2,000.

D.  The Individual Policy

You may select any form of individual life insurance policy we issue to persons of your age, except:

1.  A term insurance policy;

2.  A universal life policy;

3.  A policy with disability, accidental death, or other additional benefits; or

4.  A policy in an amount less than the minimum amount we issue for the form of life insurance you select.

STND1282-00058

The individual policy of life insurance will become effective on the day after the end of the Conversion Period. We will use our published rates for standard risks to determine the premium.

E.   Death During The Conversion Period

If you die during the Conversion Period, we will pay a death benefit equal to the maximum amount you had a Right To Convert, whether or not you applied for an individual policy. The benefit will be paid according to the **Benefit Payment And Beneficiary Provisions**.

(NO AB)   LI.RC.OT.1X

## CLAIMS

A.   Filing A Claim

Claims should be filed on our forms. If we do not provide our forms within 15 days after they are requested, the claim may be submitted in a letter to us.

B.   Time Limits On Filing Proof Of Loss

Proof Of Loss must be provided within 90 days after the date of the loss. If that is not possible, it must be provided as soon as reasonably possible, but not later than one year after that 90-day period.

Proof Of Loss for Waiver Of Premium must be provided within 12 months after the end of the Waiting Period. We will require further Proof Of Loss at reasonable intervals, but not more often than once a year after you have been continuously Totally Disabled for two years.

If Proof Of Loss is filed outside these time limits, the claim will be denied. These limits will not apply while the Member or Beneficiary lacks legal capacity.

C.   Proof Of Loss

Proof Of Loss means written proof that a loss occurred:

1.   For which the Group Policy provides benefits;

2.   Which is not subject to any exclusions; and

3.   Which meets all other conditions for benefits.

Proof Of Loss includes any other information we may reasonably require in support of a claim. Proof Of Loss must be in writing and must be provided at the expense of the claimant. No benefits will be provided until we receive Proof Of Loss.

D.   Investigation Of Claim

We may have you or your Dependent examined at our expense at reasonable intervals. Any such examination will be conducted by specialists of our choice.

We may have an autopsy performed at our expense, except where prohibited by law.

E.   Time Of Payment

We will pay benefits, including any interest required to be paid by law, within 60 days after Proof Of Loss is satisfied.

F.   Notice Of Decision On Claim

We will evaluate a claim for benefits promptly after we receive it. With respect to all claims except Waiver Of Premium claims, within 90 days after we receive the claim we will send the claimant: (a) a written decision on the claim; or (b) a notice that we are extending the period to decide the claim for an additional 90 days.

STND1282-00059

With respect to Waiver Of Premium claims, within 45 days after we receive the claim we will send the claimant: (a) a written decision on the claim; or (b) a notice that we are extending the period to decide the claim for 30 days. Before the end of this extension period we will send the claimant: (a) a written decision on the Waiver Of Premium claim; or (b) a notice that we are extending the period to decide the claim for an additional 30 days. If an extension is due to the claimant's failure to provide information necessary to decide the Waiver Of Premium claim, the extended time period for deciding the claim will not begin until the claimant provides the information or otherwise responds.

If we extend the period to decide the claim, we will notify the claimant of the following: (a) the reasons for the extension; (b) when we expect to decide the claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information we need to resolve those issues.

If we request additional information, the claimant will have 45 days to provide the information. If the claimant does not provide the requested information within 45 days, we may decide the claim based on the information we have received.

If we deny any part of the claim, we will send the claimant a written notice of denial containing:

1.  The reasons for our decision.

2.  Reference to the parts of the Group Policy on which our decision is based.

3.  Reference to any internal rule or guideline relied upon in deciding a Waiver Of Premium claim.

4.  A description of any additional information needed to support the claim.

5.  Information concerning the claimant's right to a review of our decision.

6.  Information concerning the right to bring a civil action for benefits under section 502(a) of ERISA if the claim is denied on review.

G.  Review Procedure

If all or part of a claim is denied, the claimant may request a review. The claimant must request a review in writing:

1.  Within 180 days after receiving notice of the denial of a claim for Waiver Of Premium;

2.  Within 60 days after receiving notice of the denial of any other claim.

The claimant may send us written comments or other items to support the claim. The claimant may review and receive copies of any non-privileged information that is relevant to the request for review. There will be no charge for such copies. Our review will include any written comments or other items the claimant submits to support the claim.

We will review the claim promptly after we receive the request. With respect to all claims except Waiver Of Premium claims, within 60 days after we receive the request for review we will send the claimant: (a) a written decision on review; or (b) a notice that we are extending the review period for 60 days.

With respect to Waiver Of Premium claims, within 45 days after we receive the request for review we will send the claimant: (a) a written decision on review; or (b) a notice that we are extending the review period for 45 days.

If an extension is due to the claimant's failure to provide information necessary to decide the claim on review, the extended time period for review of the claim will not begin until the claimant provides the information or otherwise responds.

If we extend the review period, we will notify the claimant of the following: (a) the reasons for the extension; (b) when we expect to decide the claim on review; and (c) any additional information we need to decide the claim.

STND1282-00060

If we request additional information, the claimant will have 45 days to provide the information. If the claimant does not provide the requested information within 45 days, we may conclude our review of the claim based on the information we have received.

With respect to Waiver Of Premium claims, the person conducting the review will be someone other than the person who denied the claim and will not be subordinate to that person. The person conducting the review will not give deference to the initial denial decision. If the denial was based on a medical judgement, the person conducting the review will consult with a qualified health care professional. This health care professional will be someone other than the person who made the original medical judgement and will not be subordinate to that person. The claimant may request the names of medical or vocational experts who provided advice to us about a claim for Waiver Of Premium.

If we deny any part of the claim on review, the claimant will receive a written notice of denial containing:

1. The reasons for our decision.

2. Reference to the parts of the Group Policy on which our decision is based.

3. Reference to any internal rule or guideline relied upon in deciding a Waiver Of Premium claim.

4. Information concerning the claimant's right to receive, free of charge, copies of non-privileged documents and records relevant to the claim.

5. Information concerning the right to bring a civil action for benefits under section 502(a) of ERISA.

The Group Policy does not provide voluntary alternative dispute resolution options. However, you may contact your local U.S. Department of Labor Office and your State insurance regulatory agency for assistance.

(REV PRIV WRDG)    LI.CL.OT.4X

## ASSIGNMENT

If the amount of your Life Insurance is less than $25,000, you may not make an assignment.

If the amount of your Life Insurance is $25,000 or more, you may make an absolute assignment of all your Life and AD&D Insurance, subject to 1 through 8 below.

1. All Insurance under the Group Policy, including AD&D Insurance, is assignable. Dependents Life Insurance and Dependents AD&D Insurance are not assignable.

2. You may not make a collateral assignment.

3. The assignment must be absolute and irrevocable. It must transfer all rights, including:

    a. The right to change the Beneficiary;

    b. The right to buy an individual life insurance policy on your life under **Right To Convert**; and

    c. The right to receive accidental dismemberment benefits.

    d. The right to apply for and receive an Accelerated Benefit.

4. The assignment will apply to all of your Life and AD&D Insurance in effect on the date of the assignment or becoming effective after that date.

5. The assignment may be to any person permitted by law.

STND1282-00061

6. The assignment will have no effect unless it is: made in writing, signed by you, and delivered to the Policyowner or Employer in your lifetime. Neither we, the Policyowner, nor the Employer are responsible for the validity, sufficiency or effect of the assignment.

7. All accidental dismemberment benefits will be paid to the assignee. All death benefits will be paid according to the beneficiary designation on file with the Policyowner or Employer, and the **Benefit Payment And Beneficiary Provisions.**

8. The assignment will not change the Beneficiary, unless the assignee later changes the Beneficiary. Any payment we make according to the beneficiary designation on file with the Policyowner or Employer, and the **Benefit Payment And Beneficiary Provisions** will fully discharge us to the extent of the payment.

You may not make an assignment which is contrary to the rules in 1 through 8 above.

(ALLOWED)    LI.AS.OT.2X

## BENEFIT PAYMENT AND BENEFICIARY PROVISIONS

A. Payment Of Benefits

1. Except as provided in the **Assignment** section above and in item 5. below, benefits payable because of your death will be paid to the Beneficiary you name. See B through E of this section.

2. Except as provided in the **Assignment** section above, AD&D Insurance and Dependents AD&D Insurance benefits payable for Losses other than Loss of life will be paid to the person who suffers the Loss for which benefits are payable. Any such benefits remaining unpaid at that person's death will be paid according to the provisions for payment of a death benefit.

3. The benefits below will be paid to you if you are living.

   a. Dependents AD&D Insurance benefits payable because of the death of your Dependent.

   b. Dependents Life Insurance benefits.

   c. Accelerated Benefits.

4. Dependents Life Insurance benefits and Dependents AD&D Insurance benefits payable because of the death of your Dependent which are unpaid at your death will be paid in equal shares to the first surviving class of the classes below.

   a. The children of the Dependent.

   b. The parents of the Dependent.

   c. The brothers and sisters of the Dependent.

   d. Your estate.

5. Other Benefits will be paid as follows:

   The Child Care Benefit will be paid to your surviving Spouse. The Minimum Child Care Benefit will be paid to the recipient of the AD&D Insurance benefit.

   The Career Adjustment Benefit will be paid to your Spouse. The Minimum Career Adjustment Benefit will be paid to the recipient of the AD&D Insurance benefit.

   The Higher Education Benefit will be paid annually to each eligible Child. The Minimum Higher Education Benefit will be paid to the recipient of the AD&D Insurance benefit.

   The Repatriation Benefit will be paid to the person who incurs the transportation expenses.

STND1282-00062

**B.  Naming A Beneficiary**

Beneficiary means a person you name to receive death benefits.  You may name one or more Beneficiaries.

If you name two or more Beneficiaries in a class:

1.  Two or more surviving Beneficiaries will share equally, unless you provide for unequal shares.

2.  If you provide for unequal shares in a class, and two or more Beneficiaries in that class survive, we will pay each surviving Beneficiary his or her designated share.  Unless you provide otherwise, we will then pay the share(s) otherwise due to any deceased Beneficiary(ies) to the surviving Beneficiaries pro rata based on the relationship that the designated percentage or fractional share of each surviving Beneficiary bears to the total shares of all surviving Beneficiaries.

3.  If only one Beneficiary in a class survives, we will pay the total death benefits to that Beneficiary.

You may name or change Beneficiaries at any time without the consent of a Beneficiary.

Your Beneficiary designation must be the same for Plan 1 Life Insurance and Plan 1 AD&D Insurance death benefits. Your Beneficiary designations for Plan 2 Life Insurance and Plan 2 AD&D Insurance may be different.   If you designate a Beneficiary for only one of the coverages for which you are insured, that Beneficiary designation will apply to all coverages for which a designation may be made under the Group Policy.   If you designate different Beneficiaries for different coverages, benefits under any coverage for which you have not designated a Beneficiary will be paid as provided in D. below (No Surviving Beneficiary).

You must name or change Beneficiaries in writing.

Your beneficiary designation:

1.  Must be dated and signed by you;

2.  Must be delivered to the Policyowner or Employer during your lifetime;

3.  Must relate to the insurance provided under the Group Policy; and

4.  Will take effect on the date it is received by the Policyowner or Employer.

If we approve it, a designation which meets the requirements of a Prior Plan will be accepted as your Beneficiary designation under the Group Policy.

**C.  Simultaneous Death Provision**

If a Beneficiary or a person in one of the classes listed in item D. below (No Surviving Beneficiary) dies on the same day you die, or within 15 days thereafter, benefits will be paid as if that Beneficiary or person had died before you, unless Proof Of Loss with respect to your death is received by us before the date of the Beneficiary's death.

**D.  No Surviving Beneficiary**

If you do not name a Beneficiary, or if you are not survived by one, benefits will be paid in equal shares to the first surviving class of the classes below.

1.  Your spouse.

2.  Your children.

3.  Your parents.

STND1282-00063

4.  Your brothers and sisters.

5.  Your estate.

However, if you designate a Beneficiary for only one of the coverages for which you are insured, that Beneficiary designation will apply to all coverages for which a designation may be made under the Group Policy. If you designate different Beneficiaries for different coverages, benefits under any coverage for which you have not designated a Beneficiary will be paid as provided above.

E.  Methods Of Payment

Recipient means a person who is entitled to benefits under this **Benefit Payment and Beneficiary Provisions** section.

1.  Lump Sum

    If the amount payable to a Recipient is less than $25,000, we will pay it in a lump sum.

2.  Standard Secure Access Checking Account

    If the amount payable to a Recipient is $25,000 or more, we will deposit it into a Standard Secure Access checking account which:

    a.  Bears interest;

    b.  Is owned by the Recipient;

    c.  Is subject to the terms and conditions of a confirmation certificate which will be given to the Recipient; and

    d.  Is fully guaranteed by us.

3.  Installments

    Payment to a Recipient may be made in installments if:

    a.  The amount payable is $25,000 or more;

    b.  The Recipient chooses; and

    c.  We agree.

To the extent permitted by law, the amount payable to the Recipient will not be subject to any legal process or to the claims of any creditor or creditor's representative.

(NO AB_FB_REPAT)    LI.BB.OT.3X

## ALLOCATION OF AUTHORITY

Except for those functions which the Group Policy specifically reserves to the Policyowner, we have full and exclusive authority to control and manage the Group Policy, to administer claims, and to interpret the Group Policy and resolve all questions arising in the administration, interpretation, and application of the Group Policy.

Our authority includes, but is not limited to:

1.  The right to resolve all matters when a review has been requested;

2.  The right to establish and enforce rules and procedures for the administration of the Group Policy and any claim under it;

3.  The right to determine:

    a.  Eligibility for insurance;

STND1282-00064

   b.  Entitlement to benefits;

   c.  Amount of benefits payable;

   d.  Sufficiency and the amount of information we may reasonably require to determine a., b., or c., above.

Subject to the review procedures of the Group Policy, any decision we make in the exercise of our authority is conclusive and binding.

LI.AL.OT.1

## TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after we have been given Proof Of Loss.

LI.TL.ID.1

## INCONTESTABILITY PROVISIONS

A.  Incontestability Of Insurance

Any statement made to obtain or to increase insurance is a representation and not a warranty.

No misrepresentation will be used to reduce or deny a claim unless:

1.  The insurance would not have been approved if we had known the truth; and

2.  We have given you or any other person claiming benefits a copy of the signed written instrument which contains the misrepresentation.

We will not use a misrepresentation to reduce or deny a claim after the insured's insurance has been in effect for two years during the lifetime of the insured.

B.  Incontestability Of Group Policy

Any statement made by the Policyowner or Employer to obtain the Group Policy is a representation and not a warranty.

No misrepresentation by the Policyowner or Employer will be used to deny a claim or to deny the validity of the Group Policy unless:

1.  The Group Policy would not have been issued if we had known the truth; and

2.  We have given the Policyowner or Employer a copy of a written instrument signed by the Policyowner or Employer which contains the misrepresentation.

The validity of the Group Policy will not be contested after it has been in force for two years, except for nonpayment of premiums.

LI.IN.OT.2

## CLERICAL ERROR, AGENCY, AND MISSTATEMENT

A.  Clerical Error

Clerical error by the Policyowner, your Employer, or their respective employees or representatives will not:

1.  Cause a person to become insured.

2.  Invalidate insurance otherwise validly in force.

3.  Continue insurance otherwise validly terminated.

STND1282-00065

B. Agency

The Policyowner and your Employer act on their own behalf as your agent, and not as our agent.

C. Misstatement Of Age

If a person's age has been misstated, we will make an equitable adjustment of premiums, benefits, or both. The adjustment will be based on:

1. The amount of insurance based on the correct age; and

2. The difference between the premiums paid and the premiums which would have been paid if the age had been correctly stated.

LI.CE.OT.1

## TERMINATION OR AMENDMENT OF THE GROUP POLICY

The Group Policy may be terminated by us or the Policyowner according to its terms. It will terminate automatically for nonpayment of premium. The Policyowner may terminate the Group Policy in whole, and may terminate insurance for any class or group of Members, at any time by giving us written notice.

Benefits under the Group Policy are limited to its terms, including any valid amendment. No change or amendment will be valid unless it is approved in writing by one of our executive officers and given to the Policyowner for attachment to the Group Policy. If the terms of the Certificate differ from the Group Policy, the terms stated in the Group Policy will govern. The Policyowner, your Employer, and their respective employees or representatives have no right or authority to change or amend the Group Policy or to waive any of its terms or provisions without our signed written approval.

We may change the Group Policy in whole or in part when any change or clarification in law or governmental regulation affects our obligations under the Group Policy, or with the Policyowner's consent.

Any such change or amendment of the Group Policy may apply to current or future Members or to any separate classes or groups thereof.

LI.TA.OT.1

## DEFINITIONS

AD&D Insurance means accidental death and dismemberment insurance under the Group Policy.

Annual Earnings means your annual rate of earnings from your Employer. Your Annual Earnings will be based on your earnings in effect on your last full day of Active Work. Annual Earnings includes:

1. Contributions you make through a salary reduction agreement with your Employer to:

   a. An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), or 457 deferred compensation arrangement; or

   b. An executive nonqualified deferred compensation arrangement.

2. Shift differential pay.

3. Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Annual Earnings does not include:

1. Bonuses.

2. Commissions.

STND1282-00066

3. Overtime pay.

4. Your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan.

5. Any other extra compensation.

If you are a Member who is paid hourly, your annual rate of earnings is determined as follows:

a. If you are designated by the Employer as a full-time employee, your annual rate of earnings is your hourly rate of pay times 2,080.

b. If you are designated by the Employer as a part-time employee, your annual rate of earnings is your hourly rate of pay times 1,040.

c. If your Employer does not designate employees in your work group as "full-time" or "part-time" employees, and you worked an average of at least 30 hours each week during the preceding 8 weeks, your annual rate of earnings is your hourly rate of pay times 2,080.

d. If your Employer does not designate employees in your work group as "full-time" or "part-time" employees, and you worked an average of less than 30 hours each week during the preceding 8 weeks, your annual rate of earnings is your hourly rate of pay times 1,040.

Child means:

1. Your unmarried child from live birth through age 18 who is dependent upon you for more than one-half of his or her financial support.

2. With respect to employees whose employer was formerly covered under group policy 642066-A issued by us to Albertsons ASC Employees' Health and Welfare Trust, your unmarried child who (a) was at least 23 years of age as of May 31, 2003, (b) is under age 26, and (c) is a registered full-time student at an accredited educational institution and dependent upon you for more than one-half of his or her financial support.

3. With respect to employees represented by Local 881, 710, 700 and 399 who were also formerly covered under group policy 642066-A issued by us to Albertsons ASC Employees' Health and Welfare Trust, your unmarried child who (a) was at least 22 years of age as of May 31, 2003, (b) is under age 26, and (c) is a registered full-time student at an accredited educational institution and dependent upon you for more than one-half of his or her financial support.

4. With respect all other employees, your unmarried child over age 18 but under age 23 who is a registered full-time student at an accredited educational institution and dependent upon you for more than one-half of his or her financial support.

5. Your unmarried child who meets either of the following requirements:

   a. The child is insured under the Group Policy and, on and after the date on which insurance would otherwise end because of the Child's age, is continuously Disabled.

   b. The child was insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy and was Disabled on that day, and is continuously Disabled thereafter.

Child includes any of the following, if they otherwise meet the definition of Child:

   i. Your natural child;

   ii. Your adopted child (from the time of placement in your home); or

   iii. Your stepchild or child of your Domestic Partner, if living in your home.

STND1282-00067

Your child is Disabled if your child is:

1. Continuously incapable of self-sustaining employment because of mental retardation or physical handicap; and

2. Chiefly dependent upon you for support and maintenance, or institutionalized because of mental retardation or physical handicap.

You must give us proof your Child is Disabled on our forms within 31 days after a) the date on which insurance would otherwise end because of the Child's age or b) the effective date of your Employer's coverage under the Group Policy if your child is Disabled on that date. At reasonable intervals thereafter, we may require further proof, and have your Child examined at our expense.

Contributory means you pay all or part of the premium for insurance.

Dependents AD&D Insurance means dependents accidental death and dismemberment insurance under the Group Policy.

Dependents Life Insurance means dependents life insurance under the Group Policy.

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance. See **Coverage Features**.

Evidence Of Insurability means an applicant must:

1. Complete and sign our medical history statement;

2. Sign our form authorizing us to obtain information about the applicant's health;

3. Undergo a physical examination, if required by us, which may include blood testing; and

4. Provide any additional information about the applicant's insurability that we may reasonably require.

Group Policy means the group life insurance policy issued by us to the Policyowner and identified by the Group Policy Number.

Injury means an injury to your body.

Life Insurance means life insurance under the Group Policy.

Noncontributory means the Policyowner or Employer pays the entire premium for insurance.

Physician means a licensed M.D. or D.O., acting within the scope of the license. Physician does not include you or your spouse, or the brother, sister, parent or child of either you or your spouse.

Pregnancy means your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

Prior Plan means your Employer's group life insurance plan in effect on the day before the effective date of your Employer's coverage under the Group Policy and which is replaced by the Group Policy.

Sickness means your sickness, illness, or disease.

Spouse means

1. A person to whom you are legally married and from whom you are not legally separated; or

2. Your Domestic Partner. Domestic Partner means an individual of the same gender who is considered to be your dependent for federal income tax purposes, and with whom you have completed an affidavit of declaration of domestic partnership, submitted that affidavit to the Employer, and filed that affidavit for public record if required by law.

Your Spouse will not qualify for coverage if he or she is a full-time member of the armed forces of any country.

STND1282-00068

(REG NO COM)   LI.DF.OT.1X

## POLICYOWNER PROVISIONS

A.  Premiums

The premium due on each Premium Due Date is the sum of the premiums for all persons then insured.  Premium Rates are shown in the **Coverage Features**.

B.  Contributions From Members

The Policyowner determines the amount, if any, of each Member's contribution toward the cost of insurance under the Group Policy.

C.  Changes In Premium Rates

We may change Premium Rates when:

1.  A change or clarification in law or governmental regulation affects the amount payable under the Group Policy.  Any such change in Premium Rates will reflect only the change in our obligations; or

2.  The number of persons insured changes by 25% or more; or

3.  We and the Policyowner mutually agree to change Premium Rates.

Except as provided above, Premium Rates will not be changed during the Initial Rate Guarantee Period shown in the **Coverage Features**.  Thereafter, except as provided above, we may change Premium Rates upon advance written notice to the Policyowner.  The minimum advance notice is shown in the **Coverage Features** as Notice of Rate Change.  Any such change in Premium Rates may be made effective on any Premium Due Date, but no such change will be made more than once in any contract year.  Contract years are successive 12 month periods computed from the end of the Initial Rate Guarantee Period.

D.  Payment Of Premiums

All premiums are due on the Premium Due Dates shown in the **Coverage Features**.

Each premium is payable on or before its Premium Due Date directly to us at our home office.  The payment of each premium as it becomes due will maintain the Group Policy in force until the next Premium Due Date.

E.  Grace Period And Termination For Nonpayment

If a premium is not paid on or before its Premium Due Date, it may be paid during the following Grace Period.  The length of the Grace Period is shown in the **Coverage Features**.  The Group Policy will remain in force during the Grace Period.

If the premium is not paid during the Grace Period, the Group Policy will terminate automatically at the end of the Grace Period.

The Policyowner is liable for premium for insurance under the Group Policy during the Grace Period.  We may charge interest at the legal rate for any premium which is not paid during the Grace Period, beginning with the first day after the Grace Period.

F.  Termination For Other Reasons

The Policyowner may terminate the Group Policy by giving us written notice.  The effective date of termination will be the later of:

1.  The date stated in the notice; and

2.  The date we receive the notice.

STND1282-00069

We may terminate the Group Policy as follows:

1. On any Premium Due Date if the number of persons insured is less than the Minimum Participation Number or less than the Minimum Participation Percentage shown in the **Coverage Features**.

2. On any Premium Due Date if we determine that the Policyowner has failed to promptly furnish any necessary information requested by us, or has failed to perform any other obligations relating to the Group Policy.

The minimum advance notice of such termination by us is the same as the Notice of Rate Change stated in the **Coverage Features**.

G.  Premium Adjustments

Premium adjustments involving a return of unearned premiums to the Policyowner will be limited to the 12 months just before the date we receive a request for premium adjustment.

H.  Experience Rating

The Group Policy will be experience rated as long as premiums do not fall below $25,000 per year. Any experience rating refund is calculated according to our customary underwriting guidelines and will be paid to the Policyowner. The experience rating formulae are available to the Policyowner upon request.

I.  Certificates

The Policyowner will make Certificates, showing the coverage under the Group Policy, available to each Insured Member. If the terms of the Certificate differ from the Group Policy, the terms stated in the Group Policy will govern.

J.  Records And Reports

The Policyowner or Employer will furnish on our forms all information reasonably necessary to administer the Group Policy. We have the right at all reasonable times to inspect the payroll and other records of the Policyowner or Employer which relate to insurance under the Group Policy.

Clerical error by the Policyowner will not:

1. Cause a person to become insured;

2. Invalidate insurance otherwise validly in force; or

3. Continue insurance otherwise validly terminated.

K.  Agency And Release

Individuals selected by the Policyowner or by any Employer to secure coverage under the Group Policy or to perform their administrative function under it, represent and act on behalf of the person selecting them, and do not represent or act on behalf of Standard Insurance Company. The Policyowner, Employer and such individuals have no authority to alter, expand or extend our liability or to waive, modify or compromise any defense or right we may have under the Group Policy. The Policyowner and each Employer hereby release, hold harmless and indemnify Standard Insurance Company from any liability arising from or related to any negligence, error, omission, misrepresentation or dishonesty of any of them or their representatives, agency or employees.

L.  Notice Of Suit And Indemnification

The Policyowner or Employer shall promptly give us written notice of any lawsuit or other legal proceedings arising under the Group Policy.

The Policyowner and Employer are liable for their own negligent, intentional or wrongful acts or omissions arising from or connected with the administration of the Group Policy. The Policyowner

STND1282-00070

and Employer will indemnify and hold us harmless from any and all contractual or extra-contractual claims, demands, losses, costs and expenses, including interest, penalties and attorney's fees, which we may incur or suffer as a result of any such negligent, intentional or wrongful acts.

We are liable for our own negligent, intentional or wrongful acts or omissions arising from or connected with the administration of the Group Policy.  We will indemnify and hold the Policyowner and Employer harmless from any and all contractual or extra-contractual claims, demands, losses, costs and expenses, including interest, penalties and attorney's fees, which the Policyowner or Employer may incur or suffer as a result of any such negligent, intentional or wrongful acts.

M.  Entire Contract, Changes

The Group Policy and the application of the Policyowner constitute the entire contract between the parties.  A copy of the Policyowner's application is attached to the Group Policy when issued.

The Group Policy may be changed in whole or in part.  No change in the Group Policy will be valid unless it is approved in writing by one of our executive officers and given to the Policyowner for attachment to the Group Policy.  No agent has authority to change the Group Policy or to waive any of its provisions.

N.  Effect On Workers' Compensation, State Disability Insurance

The coverage provided under the Group Policy is not a substitute for coverage under a workers' compensation or state disability income benefit law and does not relieve the Employer of any obligation to provide such coverage.

(ERR)   LI.PO.OT.4X

ALI99

STND1282-00071

FILED: AUG 15, 2008
08CV4641
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN
JFB

# EXHIBIT D
# TO REMOVAL PETITION

# IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT, DUPAGE COUNTY, ILLINOIS

SAMUEL PARK,                          )
                                      )
      Plaintiff,            )
                                      )      No. 2008 MR 001106
      v.                    )
                                      )
STANDARD INSURANCE COMPANY, )
SUPERVALU, INC.,                      )
                                      )
      Defendants.           )

## CONSENT FOR REMOVAL

Defendant, SUPERVALU, INC., by its authorized representative, Kathleen A. Hughes,

Director of Labor & Employment Law for defendant, SUPERVALU, INC., in accordance with

28 U.S.C. §1446, hereby consents to the removal of this matter by defendant, STANDARD

INSURANCE COMPANY, from the Circuit Court of the Eighteenth Judicial Circuit, DuPage

County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern

Division, pursuant to 28 U.S.C. §1441.

      Respectfully submitted,

      By: _____
      For Defendant, SUPERVALU, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **SAMUEL PARK,** | ) | | |
| | ) | | **FILED: AUG 15, 2008** |
| **Plaintiff,** | ) | **No.** | **08CV4641** |
| | ) | | |
| **v.** | ) | | **JUDGE BUCKLO** |
| | ) | | **MAGISTRATE JUDGE NOLAN** |
| **STANDARD INSURANCE COMPANY,** | ) | | **JFB** |
| **SUPERVALU, INC.,** | ) | | |
| | ) | | |
| **Defendants.** | ) | | |

**NOTICE OF FILING NOTICE OF REMOVAL**

To:   James McCluskey          Circuit Court for the Eighteenth Judicial Circuit
      Lauryn E. Parks          DuPage County Judicial Center
      Momkus McCluskey, LLC          505 N. County Farm Road
      1001 Warrenville Road, Suite 500          Wheaton, Illinois  60187
      Lisle, Illinois  60532

PLEASE TAKE NOTICE that on this 15th[th] day of August, 2008, STANDARD INSURANCE COMPANY, one of the defendants in the above entitled action, filed a NOTICE OF REMOVAL, with consent by defendant, SUPERVALU, INC., a copy of which is attached hereto, of the above entitled action to the United States District Court for the Northern District of Illinois, Eastern Division.

You are also advised that defendant, on filing of such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Illinois, also filed a copy thereof with the Clerk of the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois to effect removal pursuant to 28 U.S.C. §1446(d).

Michael J. Smith
Warren von Schleicher                    By:    /s/ Warren von Schleicher
Michael J. Smith & Associates                   Attorney for Defendant, Standard Insurance
39 S. LaSalle St., Suite 1005                   Company
Chicago, Illinois  60603
(312) 541-0300