IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SAMUEL PARK,                               )<br>                                                      )<br>         Plaintiff,                          )<br>                                                      )<br>     v.                                            )<br>                                                      )<br>STANDARD INSURANCE COMPANY, )<br>SUPERVALU, INC.,                     )<br>                                                      )<br>         Defendants.                    ) | No. 08-cv-04641<br><br>Judge Elaine E. Bucklo |

**STANDARD INSURANCE COMPANY'S MOTION FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant, STANDARD INSURANCE COMPANY ("Standard"), by its attorneys, Michael J. Smith and Warren von Schleicher, submits its Motion for Additional Time to Answer or Otherwise Plead to the Complaint, and in support hereof, states as follows:

1. The plaintiff, Samuel Park, filed his Complaint in the Circuit Court of DuPage County. Standard timely removed this action to federal court based on ERISA preemption.

2. Standard is required to answer or otherwise plead to the Complaint by August 22, 2008. Standard respectfully requests an additional 28 days, or until September 19, 2008, in which to answer or otherwise plead to the Complaint.

3. Standard requests additional time because the undersigned counsel has been extensively engaged in the following matters:

(i) August 22, 2008: Filing of defendants' Fed. R. Civ. P. 59(e) Motion, in *Hann, et al. v. The Paul Revere Life Ins. Co., et al.*, No. 03 C 1062 (N.D. Ill.) (Judge Nolan);

(ii) August 22, 2008: Filing of defendant's Motion for Summary Judgment, Memorandum in Support thereof, Local Rule 56.1 Statement of Facts, and filing of defendant's Memorandum in Response to Plaintiff's Motion for Summary Judgment and defendant's Response to Plaintiff's Local Rule

        56.1 Statement of Facts, in *Majeski v. Metropolitan Life Ins. Co.*, No. 07 C 3206 (N.D. Ill.) (Magistrate Judge Valdez); and

(iii)    <u>August 25, 2008</u>: Filing of defendant's Seventh Circuit Appellate Brief, in *Leger v. Tribune Company Long Term Disability Benefit Plan*, No. 08-1362 (7th Cir.).

4.    Standard states that it is presenting this Motion for the above stated reasons and not for purposes of delay. No party will be prejudiced by the granting of this Motion.

5.    Accordingly, Standard respectfully requests until September 19, 2008 to answer or otherwise plead to the Complaint.

WHEREFORE, defendant, STANDARD INSURANCE COMPANY, respectfully request that the court grant its Motion for Additional Time to Answer or Otherwise Plead to the Complaint.

        Respectfully submitted,

Michael J. Smith         By: /s/ Warren von Schleicher  
Warren von Schleicher         Attorney for Defendant,  
Smith, von Schleicher & Associates         Standard Insurance Company  
39 S. LaSalle St., Suite 1005  
Chicago, Illinois 60603  
(312) 541-0300

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify the following attorney(s) of such filing:

James McCluskey
jfmccluskey@momlaw.com

Julie A. Piotrowski-Govreau
jgovreau@morganlewis.com

In addition, I hereby certify that I have served a paper copy of the foregoing on the following non-registered attorneys of record to be noticed:

Donald P. Sullivan
Morgan Lewis & Bockius LLP
One Market Spear Tower, Suite 2800
San Francisco, CA 94105


Respectfully submitted,

/s/ Warren von Schleicher

Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300
(312) 541-0933 Facsimile
E-Mail:  warren.vonschleicher@svs-law.com
ARDC #6197189