IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SAMUEL PARK, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   No. 08-cv-04641 |
|     v. | ) |
| | )   Judge Elaine E. Bucklo |
| STANDARD INSURANCE COMPANY, | ) |
| SUPERVALU, INC., | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF MOTION

To:    *SEE CERTIFICATE OF SERVICE*

    PLEASE TAKE NOTICE that on the 28th day of August, 2008, at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or whomever may be sitting in her stead, in Room 1441 of the United States District Court, Northern District of Illinois, Eastern Division and shall then and there present the attached **STANDARD INSURANCE COMPANY'S MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** at which time and place you may appear if you see fit.

    Respectfully submitted,

    By: /s/ Warren von Schleicher
        Attorney for Defendants, Standard Insurance Company

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603
(312) 541-0300

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify the following attorney(s) of such filing:

James McCluskey
jfmccluskey@momlaw.com

Julie A. Piotrowski-Govreau
jgovreau@morganlewis.com

In addition, I hereby certify that I have served a paper copy of the foregoing on the following non-registered attorneys of record to be noticed:

Donald P. Sullivan
Morgan Lewis & Bockius LLP
One Market Spear Tower, Suite 2800
San Francisco, CA 94105

        Respectfully submitted,

        /s/ Warren von Schleicher

        Smith, von Schleicher & Associates
        39 S. LaSalle St., Suite 1005
        Chicago, Illinois 60603
        (312) 541-0300
        (312) 541-0933 Facsimile
        E-Mail: warren.vonschleicher@svs-law.com
        ARDC #6197189