**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAMUEL PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-CV-04641 |
| | ) |
| | ) Judge Bucklo |
| STANDARD INSURANCE COMPANY, | ) |
| SUPERVALU, INC. | ) Magistrate Judge Nolan |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**NOTICE OF JOINDER AND JOINDER IN STANDARD INSURANCE COMPANY'S MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

To:   James F. McCluskey
      Lauryn E. Parks
      Momkus McCluskey, LLC
      1001 Warrenville Road, Suite 500
      Lisle, IL  60532
      Telephone: (630) 434-0400

PLEASE TAKE NOTICE that defendant Supervalu, Inc. does hereby join in Standard Insurance Company's Motion for Additional Time to Answer or Otherwise Plead to the Complaint filed in this action by defendant Standard Insurance Company on August 21, 2008.

Respectfully submitted,

                                            SUPERVALU, INC.

                                            By:  /s/ Julie A. Piotrowski-Govreau
                                                 One of Its Attorneys

Julie A. Piotrowski-Govreau
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL  60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
Dated: August 21, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I electronically filed the foregoing Notice of Joinder and Joinder in Standard Insurance Company's Motion for Additional Time to Answer or Otherwise Plead to the Complaint with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> James F. McCluskey
> Lauryn E. Parks
> Momkus McCluskey, LLC
> 1001 Warrenville Road, Suite 500
> Lisle, IL  60532
> Telephone: (630) 434-0400
>
> Michael J. Smith
> Warren von Schleicher
> Smith, von Schleicher & Associates
> 39 S. LaSalle St., Suite 1005
> Chicago, IL  60603
> Telephone: (312) 541-0300

By:  /s/ Julie A. Piotrowski-Govreau

DB1/62070874.1