UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Samuel Park
                    Plaintiff,
v.                                          Case No.: 1:08−cv−04641
                                            Honorable Elaine E. Bucklo
Standard Insurance, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

   MINUTE entry before the Honorable Elaine E. Bucklo:Defendants' unopposed motion for extension of time [8] until 9/19/08 to answer or otherwise plead is granted. Defendant's motion for joinder [10] is also granted. Status hearing reset for 9/26/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.