IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL PARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 08-cv-4641<br>STANDARD INSURANCE, )<br>SUPERVALU, INC., )<br>)<br>Defendants. ) | |

**PROOF OF SERVICE**

    LAURYN E. PARKS, being first duly sworn on oath, deposes and states that she mailed a true and correct copy of the Notice of Appearance for James F. McCluskey and Brian A. Kruse, to the following party:

Warren S. von Schleicher
Michael J. Smith
Smith von Schleicher & Associates
39 South LaSalle Street, Suite 1005
Chicago, IL   60603

Julie Ann Piotrowski-Govreaj
Morgan Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL   60601

by placing same in the U.S. Mail located in Lisle, IL 60602 on September 5, 2008.

                              MOMKUS McCLUSKEY, LLC

                              By:   /s/ Lauryn E. Parks


MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
Lisle, IL   60532
(630) 434-0400
Attorneys for Plaintiff
Attorney No.:   13124754

W:\26_59\4429.080250\Pleadings\ProofOfService-Park.doc